

**FILED**

APR  8 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MADDALONE
(Name of Plaintiff)
1655 WEST STREET
(Address of Plaintiff)
REDDING, CA 96001

2:11-CV-0946 EFB PC
(Case Number)

vs.

SOIANO COUNTY,

ROBERT MACKAY,

KENNETH PARK, et.al.
(Names of Defendants)

COMPLAINT : TITLE 42, 1983
CIVIL RIGHTS VIOLATIONS
5TH AMENDMENT, DUE
PROCESS; 14TH AMENDMENT,
EQUAL PROTECTION AND
DUE PROCESS, 8TH
AMENDMENT, CRUEL AND
UNUSUAL PUNISHMENT,
DELIBERATE INDIFFERENCE
TO SERIOUS MEDICAL NEED

I. Previous Lawsuits:

A. Have you brought any other lawsuits while a prisoner:  ☒ Yes   ☐ No

B. If your answer to A is yes, how many?: ____ONE____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff ____JOHN MADDALONE____

Defendants ____ROBERT MACKAY et.al.____

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County)

*UNITED STATES DISTRICT COURT, EASTERN DISTRICT CALIFORNIA, SACRAMENTO.*

3. Docket Number _____ *CIV-07-1828 mcE-EFB·P*

4. Name of judge to whom case was assigned *Edmund F. Brennan*

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
*Withdrawn, Dismissed without prejudice to refileing*

6. Approximate date of filing lawsuit _____ *September 7, 2007*

7. Approximate date of disposition _____ *April 30, 2010*

II. Exhaustion of Administrative Remedies

    A. Is there a grievance procedure available at your institution?   ☒ Yes   ☐ No

    B. Have you filed a grievance concerning the facts relating to this complaint?

                                                      ☒ Yes   ☐ No

        If your answer is no, explain why not _____

    C. Is the grievance process completed?   ☒ Yes   ☐ No

III. Defendants

    (In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

    A. Defendant *Robert Mackay* is employed as *Police Officer* *(Badge # 523)* at *Vallejo California*

    B. Additional defendants *Steve Darden Vallejo Police Officer, badge* 3) *#529; Bob Woulfe, Police Officer, Vallejo Ca. badge # 450;* 4) *Barrientos; badge unknow, Vallejo Police Officer;* 5) *Sergeant Kenny Park, badge # 536 Vallejo California;* 6) *Kent, badge # 447, Vallejo Police officer; Mark* 7) *Bassett, badge # [illegible], Vallejo Police Officer*



(2)

Continued from C, III Defendants:

8) First Name Unknow, Last Name Ammerman, Sherriff's Deputy, Solano County, CA

9) Unknown Sherriff's Deputy, initials DW, ID# 1C46 Solano County, CA

10) Unknown Person, Unknow capacity for Solano County Jail, initials - KS   (9 and 10 ref: exhibit G, request slip of 6/13/07)

11) Dr. P. Willey, (Given first initial only) Staff Physician, California Forensic Medical Group (CFMG) for Solano County Jail

12) Karen Purcell, R N for (CFMG,) Solano County Jail

13) Thomas Norris, Nurseing Supervisor Solano County Jail (CFMG?)

14) E. Y. Williams, Physicians Assitant, Solano County Jail (CFMG)

15) K. Garcia, RN, Solano County Jail (CFMG)

16) Dr Ravinder Kadavari, Solano County Jail physician (CFMG)

17) Vic Massenkoff, Police Sergeant, Internal Affairs  Vallego Police, Vallejo, CA

Continued from C III Defendants:

18) Mark Nicol, Police Sergeant, Proffessional
Standards Division, Vallejo Police, Vallejo, CA

19) Does 19-100 as their identities become
revealed to Plaintiff

IV.    Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1) On June 7, 2007 at approxamatly 17:15 Hour Vallejo Police Officer Robert Mackay did assault Plaintiff Maddalone, under color of authority causing servere bodily harm and injury.

2) On June 7, 2007 Sergeant Park, Vallejo Police held Plaintiff down on the ground while Officer Mackay administered and inflicted geat bodily harm and some injury on him. While holding Plaintiff at gunpoint Park smiled at him and said "Here comes the pain."

CONTINUED...

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1) Lifetime medical care for elbov, ankle and any other related injuries.

2) Compensatory Damages

3) Punitive Damages

4) Solano County Jail Placed in recievership to correct abuses

Signed this  5  day of  April , 20 11 .

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

4/5/11
(Date)

_____
(Signature of Plaintiff)

(2)

Case 2:11-cv-00946-KJM-EFB   Document 1   Filed 04/08/11   Page 6 of 73

Continued from IX  Statement of Claim:

3) On June 7, 2007 Police Officer Steve Darden held Plaintiff at gunpoint while Mackay and Park participated in the assault. He made no attempt to restrain his fellow officers, even though Plaintiff was already in custody and offering no resistance.

4) On June 7, 2007 Police Officer Bob Woulfe held Plaintiff at gunpoint while Mackay and Park participated in the assault. He made no attempt to intervien or control his fellow officers.

5) On June 7, 2007 Police Officer Barrientos held Plaintiff at gun point and waited while Officer Mackay ran from his car and tackled him (Plaintiff). He the watched Mackay and Park assault him while holding him at gun point and made no attempt to restrain his fellow officers, even though He (Barrientos) had him (Plaintiff) in custody for almost a full minute before Mackay arrived on the scene.

6) On June 7, 2007 Police Officer Mark Bassett mocked, taunted, antagonized and tormented Plaintiff as he screamed in pain while handcuffed to a bench in the

(2)

(3)

Continued from IV  Statement of Claim:

booking area of the Vallejo Police Department.
Along with all other officers present, he (Bassett)
along with Mackay denied Plaintiff medical
care, mocked him and refused to give him his
phone call in violation of California Law. P.C. 851.5

7) On June 8, 2007 at or about 12:30 Hours
Officer Kent refused to transport Plaintiff
to a hospital in spite of Plaintiffs pleas and
instead took him to Solano County Jail where
the intake nurse took one look at Plaintiff's
arm, called over the Senior Sheriff's Deputy in
charge of booking and stated "I can't accept
this man into the jail until he's cleared by the
hospital." "His arm's not supposed to look like
that." When the supervising deputy told Kent
he had to take him to the hospital, He (Kent)
went ballistic and started screaming in Plaintiffs
face like a Drill instructor. He (Kent) told Him
(Maddalone) to "man up" and "quit playing games,"
To tell everyone nothing was wrong with him and
he told me I better say nothing was wrong with
me and threatened me. After the senior
Deputy spoke with Kent to calm him down,
I was placed back in the Van with Kent.
He drove erratically back and forth between
Vaccaville and Fairfield several times, getting
on and off freeway onramps causing

(4)

Continued from IV Statement of Claim:

Plaintiff Maddalone to slide back and
forth on the side mounted steel seats,
causing him to repeatedly bounce against
the walls of the Van while handcuffed, further
injuring his arm and person. While in the
Hospital Kent continued his abuse to Medical Staff and plaintiff

8) On June 8, 2007 at approxamatly 4:30 Hours
Maddalone was finally booked into Solano
County jail. The booking Deputy,
Ammerman, listed in his Custody info section
of the Solano County arrest report that Plaintiff
complained of injuries but there was no
evidence of illness or injury,
dispite the fact Mackay admits on his
police report to plaintiff's cut eye and
other injuries; the nurse sending plaintiff to
the hospital before accepting him in the jail,
and the presence of a cast on the Plaintiff's
right arm, and abrasions.

9) On June 13, 2007 after Plaintiff was housed
in the Medical wing in the jail he made one
of several requests to speak with Custodial
staff and have pictures and other documet-
-ery evidence of his injuries. All requests
were either denied or ignored. (Request #005,
submitted to DW 1C46 and denied by K.S. is
one example.)

(5)

Continued from IV Statement of Claim :

10) On June 8, 2007 at approxamatly 8:20 Hours Plaintiff Maddalone seen by Jail staff physician. Misstates nature and cause of injuries over the next 10 days Dr. P. Willey begins to trivialize injuries, take away cast and "clear" Plaintiff for General Custody at 13:50 Hours even though (June 18, 2007?) That evening the night nurse later noted "Inmate awake" "very angry he is in so much pain" and noted "Swollen elbow". She also administered pain medication.

11) On June 18, E.Y. Williams, Physician Assitant, filled out TB assessment form, Took away Plaintiff soft cast and told him nothing was wrong with him dispite the obvious condition of his injury. Plaintiff also begins to notice pain in left ankle. These complaints are over-shadowed by the condition of his arm and is neglected for some months.

12) In late July of 2007 Dr. Kadevari takes over for Dr. P. Willey. He openly argues with Plaintiff, argueing in front of custodial staff that He was never assaulted by police and he was only suffering from "tennis elbow". He also stated "It never happened" and acted as though he was unaware of Plaintiffes condition upon

Continued from IV Statement of Claim:

booking into the jail. He (Kadivar) argued loudly with Maddalone in front of non-medical custody staff calling him a "trouble-maker" and made and cancelled several ortho-pedic appointments. Plaintiff also complained to Kadivari of increasing pain in left ankle. Kadevari informed Maddalone he could "follow-up his complaints of injuries" when he got out of custody". (The seriousness of Maddalone's ankle injury finally became apparent in October of 2009, when after not being able to perform physical tasks for fire camp training at Jamestown, CA. X-Rays revealed an unhealed break in the main bone of the lower leg. The bone was held together by an old screw from the original injury but a gap of about ⅛ inch exists in the bone itself and traumatic arthritis had set in. Plaintiff has since been placed in ADA catigory by CDCR, with mobility impairment restrictions and a referral to U.C. Davis to see a specialist. Plaintiff contends this old injury was re-injured when Mackay tackled him and worsened due to being ignored by Dr. Kadavari and subsequent physicians until his condition worsened to the point he began to be incapacitated to some degree. (Ref CDCR reports from Dr. Forster M.D.; Form CDCR 7277; Dr Lucy Miller's report, Mark Twain, St Josephes hospital, Dated 11/3/09)

Continued from IV Statement of Claim:

(and offender details report listing restrictions
placed on Maddalone due to progressive
deterioration of ankle injury.)

13) R.N.K. Garcia signed off on numerous occasions
ignoring Plaintiff Maddalone's injuries and
was instramental in E.y. Williams taking away
his cast, cancelling orthopedic appointments
and influenceing medical physicians in general
to cancel ortho appointments and impede Plaintiffs
medical treatments.

14) R.N. Karen Purcell repeatedly acted to "cover up"
and trivialize Plaintiffs injuries while on the
one hand stating injuries are minor Ref Grievance
#700i90I but still endorsing Maddalone's
being housed in Ad-seg due to his injuries.

15) Tom Norris, Nurseing supervisor at Solano
County jail repeatedly denies Maddalone's
requests for further medical care but still says
Plaintiff needs to be housed in Ad-Seg due
to his injurys, but does not require being
housed in medical. Plaintiff remained in
Ad-Seg for 60 Days or ther about due to
his injuries; However Tom Norris constantly
ignored his repeated requests to see an outside
orthopedist; per Sutter Solano Instructions.

(8)

Continued from IV Statement of Claim:

Tom Norris further ignored all Plaintiffs request for information reguarding whereabouts of Medical Personel Plaintiff Maddalone was attempting to have served by U.S. Marshals in 2009 (Ref Previous Complaint Civ-S-07-1828-MCE EFB P and letters to Norris Dated 4/20/09 and 6/1/09) Per Magistrate Judge Edmund F. Brennan's Court order to Plaintiff Maddalone to obtain new Service instructions for Marshals to serve Dr. P. Willey and P.A. Thompson as Norris and County counsel for Solano County "Have no record of them", even though their names are all over Maddalone's medical records.

16) Between March 20, 2008 and August 26, 2008 mearly "paid lipservice" to Maddalone's complaint of March 2008 reguarding Vallejo Police tactics and misconduct of June 7-8, 2007 and basically "blew off" the claim never responding after August of 2008. (Ref: Internal Affairs letters of above dates) (Massenkopf and Nicol)

Conclusion:

Its indicated by The evidence and documentation submitted that the Vallejo Police Department has engaged in unlawful and unconstitutional behavior, exercising "Vigilanty type justice" on the Plaintiff in This case. It is further

Case 2:11-cv-00946-KJM-EFB   Document 1   Filed 04/08/11   Page 13 of 73

Continued from IV Statement of Claim:

indicated That The Solano County Jail has an institutional system in place from The booking proceedure's To The medical Department and inmate Classification and housing to hide Law enforcement abuses and "sweep missconduct under the rug" by denying Inmate medical care, isolating Inmate/Plaintiff from other inmates as well as outside medical proffessionals and falseffying medical records to make it appear Plaintiff's injuries "never happened" reguardless of Conflicting reports from Medical proffessionals in other institutions; creating an "Iron Curtain" isolating Solano County Jail inmates who are victens of Violent acts and Deliberate Indifference to serious medical needs of such Inmate/Plaintiff.

Therefore; Plaintiff John Maddalone is entitled to medical care to treat and rehabilitate him as well as just and adequate compensation and punitive Damages, an investigation of Solano County Jail, Investigation of the Practices of California Forensics Medical Group and a system of recievership to "root out" such abuses and prevent future incidents to other inmates.

Dated March 30, 2011

Respectfully Submitted

John Maddalone
In Pro se

# VERIFICATION

The aforementioned Statement of Claim
is true and correct to the best of Plaintiff's
Knowledge and recollection under penalty of perjury.

Date 4/5/11

John Maddalone
In pro se

List of Exhibits:

Exhibit, A: Police Report of June 7, 2007

Exhibit, B: Dispatch Log of Incident
(dated June 7, 2007)

Exhibit, C: Officers listed by call signs
on dispatch log

Exhibit, D: Thrifty Rental Car Records showing
Legitamate rental, No way Plaintiff
could know bill not paid by Third
party.

Exhibit, E: Hospital Discharge Summary

Exhibit, F: Sherriff Intake Arrest Report

Exhibit, G: Denial of request to document
injuries

Exhibit, H: Dr Willey physican notes showing
false statements reguarding Plaintiffs
injury and dismissing injury entirely
even though Nurse noted late night
visit due to servere pain and swelling.

(2)

List of Exhibits Continued

Exhibit, I:  T.B. Assessment form signed by
E.Y. Williams right before taking
Plaintiff's softcast from him.

Exhibit, J:  Progress notes showing injury not
healing well. Orthopedic consultation
rescheduled. (7/25/07)

Exhibit, K:  Progress notes showing Dr Kadevari
and R.N. Garcia canceled Orthopedic
consultation. (without telling Plaintiff)

Exhibit, L:  Newspaper Article from The Local
Paper (Daily Republic) demonstrating
pattern of Denying Inmates medical
care in violation of State and Federal
Statutes for jails.

Exhibit, M:  Grievance # 7001887 regarding Plaintiff's "Ad Seg"
Status and withdrawl of medical care

Exhibit, N:  Grievance # 7001901 denying further medical
care

Exhibit, O:  Grievance # 7002364 filed after Plaintiff
discovered his Orthopedic Appointment
had been cancelled yet again.

List of exhibits Continued :

Exhibit, P:   Internal Affairs Complaint filed
              by Plaintiff in March of 2008

Exhibit, Q:   Letter from Sergeant Vic Massenkoff,
              Internal Affairs, Vallejo Police Department

Exhibit, R:   Response to Plaintiff's follow up letter
              to Vallejo Police due to inaction on his
              Citizens complaint

Exhibit, S:   X-Ray report of Left Ankle from
              Diagnostic Imaging Department of
              Mark Twain St. Joseph's Hospital

Exhibit, T:   Report of Dr. Forster indicating "Chronic"
              left ankle problems, Referral to Specialist
              at U.C. Davis and transfer to CMC
              West due to "disability issues"

Exhibit, U:   CDCR Form 7277 discribing Ankle
              fracture and reinjury, (line 2). Mobility
              Impairment status; (line 7) and refrence
              to form 7230, duty limitation
              Chrono, (copy not in Plaintiff possession)

Exhibit, V:   Plaintiff ADA History Printout
              (Offender Details / 8/9/2010)

(4)

List of Exhibits Continued

Exhibit, W:   Letter of 4/20/09 attempting to
obtain information for service of U.S.
Marshalls, Ref case CIV-07-1828-
MCE, EFB, P

Exhibit, X:   Letter of 6/1/09 following up letter
of 4/20/09 due to lack of response

Exhibit, Y:   Unsigned Transcript of Dispatch
tape of 6/7/07

Exhibit Z:   Investigator comments on inaccuracy
of Transcript provided by District
Attorney's Office

| CONFIDENTIAL INFORMATION | REPORT NARRATIVE | Page 1 of 3 Case # 07-11458 |
|---|---|---|

On 06-07-07, at approximately 1908 hrs, I was driving south bound on Winchester Street south of 5th. I was in full uniform and driving a fully marked Vallejo Police vehicle. While driving I saw a grey Chrysler 300 parked at the north curb of Winchester Street facing north approximately 50' from 5th Street. The vehicle appeared to be unoccupied. I did a computer check on the license plate and it returned as stolen out of Las Angeles. I continued to drive south bound and parked in a drive way at Sonoma Blvd and Winchester so I could observe the vehicle.

At approximately 1090 hrs I saw a w/m/a get into the vehicle and drive north bound on Winchester. I pulled in behind the vehicle and advised Vallejo Police dispatch the vehicle was moving. The vehicle turned east bound on 5th Street and I continued to broadcast its location. I saw the driver look several times into his rear view mirror and make eye contact with me. The vehicle continued to drive east bound on 5th Street until it turned north bound on Magazine Street. I followed the vehicle until it came to a stop at Magazine and Pine Street. I saw the right turn indicator activate on the vehicle and it appeared to me the vehicle might be heading towards west bound Interstate 80. In order to try and prevent the vehicle from getting on the interstate I activated all of my emergency lighting equipment which includes a steady forward red light. The vehicle accelerated through the intersection and failed to yield. I activated my siren and advised dispatch the vehicle was not yielding.

The vehicle continued to accelerate up Lincoln Road West and turned into the parking lot of 199 Lincoln Road West. The vehicle swerved around a vehicle that was backing out of a parking stall and continued through the lot back onto Lincoln Road West. The vehicle turned from south bound Lincoln Road West onto east bound Pine Street and accelerated back up to 40+ mph. At this point I was joined by Sgt. Park who took over radio traffic. The vehicle continued east bound on Pine Street and then made a right turn on to west bound Sheridan. The vehicle accelerated west bound on Sheridan Street and went through the stop sign at Sheridan and Magazine without slowing or stopping at all. As the vehicle was approaching Magazine Street I could see other vehicular traffic traveling north and south bound. If there had been any cars in the intersection as the suspect vehicle crossed through the intersection of Sheridan and Magazine they would have collided.

| SUPERVISOR'S SECTION - COPIES TO: ☐ Chief of Police ☐ Investigations | ☐ Juvenile ☐ Narcotics | ☐ District Attorney (2 copies) ☐ Other | | |
|---|---|---|---|---|
| REPORTING OFFICER R. MACKAY RM #523 | ID# 523 | DATE 06-07-07 | REVIEWING OFFICER Sgt. K. Park #536 | ID# | DATE |

2 σ√∏ ⁰

Case 2:11-cv-00946-KJM-EFB   Document 1   Filed 04/08/11   Page 20 of 73

CONFIDENTIAL
INFORMATION

REPORT NARRATIVE

Page 2 of 3
Case # 07-11458

The vehicle continued to drive west bound on Sheridan and increased the distance between us as I cleared the intersection of Sheridan and Magazine before proceeding. As I watched the vehicle approach the intersection of Sheridan and Cherry I saw a red car in the roadway. The suspect vehicle had to slow down and eventually stop because the red car was blocking its path. As I caught up to the stopped suspect vehicle I saw the driver's door open and the suspect got out and started running west bound on Sheridan towards Cherry Street. I stopped my vehicle and chased after the suspect.

The suspect turned south bound on Cherry and ran on the east sidewalk of Cherry Street towards 5th. The suspect ran approximately 100' on cherry and then stopped and put his hands in the air. I caught up to the suspect and took him to the ground. Immediately after I took the suspect to the ground Sgt. Park arrived. The suspect initially did not comply with my instructions to put his hands behind his back. Sgt. Park and I used a rear twist lock on both of the suspect's arms and he immediately complied. The suspect was placed in handcuffs with out further incident.

The stolen vehicle was towed by R&R tow per 22651(c) CVC.

During the arrest the suspect sustained a small cut above his right eye and complained of pain to his right elbow and right knee. I transported the suspect to the station. While en route to the station the suspect spontaneously said, "I knew why you were stopping me. I knew that car was bad news. The guy who gave it to me is a bad guy. I knew that car was stolen."

At the station I saw the suspect had sustained a small cut above his right eye. He also complained of pain to his right elbow although he continued to move and manipulate his elbow through out the booking process. The suspect also complained of pain to his left knee.

At the station I asked the suspect his name and he told me it was William Reinhard with a DOB of 06-11-63. This information matched a Nevada Driver's License which had been recovered from inside the stolen vehicle the suspect had been driving. When I attempted to do a computer check on the name provided I was unable to get a match. Ofc. Mark Bassett, who was assisting me with the booking process, located a second Nevada Driver's License in the suspect's wallet which I had removed from the suspects back right pants pocket. This license

<table>
<tr><td colspan="6">SUPERVISOR'S SECTION - COPIES TO:<br>☐ Chief of Police     ☐ Juvenile     ☐ District Attorney (2 copies)<br>☐ Investigations     ☐ Narcotics     ☐ Other</td></tr>
<tr><td>REPORTING OFFICER<br>R. MACKAY   RM #523</td><td>ID#<br>523</td><td>DATE<br>06-07-07</td><td>REVIEWING OFFICER<br>Sgt. K. Park #536</td><td>ID#</td><td>DATE</td></tr>
</table>

| CONFIDENTIAL INFORMATION | REPORT NARRATIVE | Page 3 of 3 Case # 07-11458 |
|---|---|---|

had the name of Brett Dale Williams on it with a DOB of 04-14-64. I was unable to find a match for this name as well. I asked the suspect which of the licenses was the correct one and he said his name was Reinhard. The suspect said the other license was a "novelty" item and was just for fun. Both Nevada Driver's Licenses had a state seal on them and appeared to be real. I told the suspect I did not believe him and told him I was going to run his finger prints to determine his identity.

I took the suspect into the room where the Livescan machine is located and as I put the suspect's right thumb on the screen he said, "If you're going to run my prints I might as well tell ya. My name is John Maddalone. I lied because I have warrants." I did a computer check using the correct information and was advised by dispatch that Maddalone had two outstanding warrants. I was also advised Maddalone's driver's license was suspended. The warrants were confirmed and I advise Maddalone of all of his charges.

The false Nevada Driver's Licenses have been submitted as evidence. The total distance of the pursuit from the time I activated my emergency equipment until the suspect exited the vehicle and ran was 0.6 miles. During the pursuit the suspect ran through one stop sign at Sheridan and Magazine.

Maddalone was booked at eh Solano County jail.

| SUPERVISOR'S SECTION - COPIES TO: ☐ Chief of Police ☐ Investigations | ☐ Juvenile ☐ Narcotics | | ☐ District Attorney (2 copies) ☐ Other | | |
|---|---|---|---|---|---|
| REPORTING OFFICER R. MACKAY  prt #523 | ID# 523 | DATE 06-07-07 | REVIEWING OFFICER Sgt. K. Park #536 | ID# | DATE |



**OFFICE OF THE DISTRICT ATTORNEY**
**COUNTY OF SOLANO**

**L. Kathryn Coffer**
Chief Deputy

**George H. Williamson**
Chief Deputy

## DAVID W. PAULSON
### DISTRICT ATTORNEY

**Alejandro Garza**
Chief Investigator

TO:      John Maddalone-in pro per
FR:      Don du Bain
RE:      *People v. Maddalone*, VCR190587
DATE:    October 9, 2007

1.    CD of dispatch recording
2.    Dispatch log (3 pages)

*Exhibit : B*    *4 pages w/coversheet*

```
VALLEJO POLICE DEPARTMENT                                      PAGE: 000001
Date:  09/28/07   Time: 07:09                       Requested By: FRANCO, DONNA
                              I N C I D E N T   R E C A L L

                                                                        Close
Incident      Time Type  Pri Dispo      Address        Bldg Apt Callers Name    P-unit    Date/   Operator
                                        Location                Callers Address           Time
- - - - - - - - - - - - - - - - - - - - - - Beat  Team/Dist  Area  - - - -  Callers Phone - - - - - - - -
================ ===== ===== === ===== ================================ ===== == ==================== ========= ======= =======
PD070607043289  19:09 10851  2   5    GRANT ST&WINCHESTER ST                                  PD/3P4    07/06/07 PD2067
                                                                                                       23:53

                                      402        04        VPD

                                      Not MACKAY

Date    Time                                                                    Operator
------  -----                                                                   --------------------
07/06/07 19:09 Incident Initiated By: PD/ACFALLE,MYRIAM                         ACFALLE,MYRIAM
07/06/07 19:09 Initial Field Initiate by PD3P4 19:09:08 on 06/07/07             ACFALLE,MYRIAM
07/06/07 19:09 Unit PD/3P4       location: GRANT ST&WINCHESTER ST               ACFALLE,MYRIAM
07/06/07 19:09 PD/3P4     _UA        location is _GRANT ST&WINCHESTER           ACFALLE,MYRIAM
07/06/07 19:09 Primary unit     CHANGED From: Who          To:PD/3P4            UNKNOWN
07/06/07 19:09 SITTING ON EMBAZZLED VEH 07 CHRY 300 RD LIC 5YKK663         05   ACFALLE,MYRIAM
07/06/07 19:11 PD/3P6  Who  _DI         location is _GRANT ST&WINCHESTER   05   ACFALLE,MYRIAM
07/06/07 19:11 VEHI EB FIFTH FROM WINCHESTER                               05   ACFALLE,MYRIAM
07/06/07 19:11 PD/2P3  Who  _DI         location is _GRANT ST&WINCHESTER        ACFALLE,MYRIAM
07/06/07 19:11 Incident type        CHANGED From:C5           To:10851          ACFALLE,MYRIAM
07/06/07 19:11 Priority        CHANGED From:4           To:2                    ACFALLE,MYRIAM
07/06/07 19:12 Unit PD/3P4      location: MAGAZINE/PINE                         ACFALLE,MYRIAM
07/06/07 19:13 Unit PD/3P4      location: EB PINE                               ACFALLE,MYRIAM
07/06/07 19:13 FTY EB ON PINE /NO TRAFFIC SPEED 40 MPH                     03   SQUIRES,JOANN
07/06/07 19:13 PD/S3      _DI        location is _GRANT ST&WINCHESTER            ACFALLE,MYRIAM
07/06/07 19:13 PD/S3      _UA        location is _GRANT ST&WINCHESTER            ACFALLE,MYRIAM
07/06/07 19:13 S3 BEHIND AND WILL CALL PURSUIT                             03   SQUIRES,JOANN
07/06/07 19:13 Unit PD/S3       location: SIXTH                                 ACFALLE,MYRIAM
07/06/07 19:13 Unit PD/S3       location: NB SIXTH                              ACFALLE,MYRIAM
07/06/07 19:13 Unit PD/S3       location: SHERIDAN                              ACFALLE,MYRIAM
07/06/07 19:13 6TH 40MPH TRAFFIC LIGHT ///CONTINUING NB
PINE/SHERIDAN 55 MPH           03             SQUIRES,JOANN
07/06/07 19:14 GETTING READY TO FOOT BAIL                              03       SQUIRES,JOANN
07/06/07 19:14 CHERRY -                                                03       SQUIRES,JOANN
07/06/07 19:14 Unit PD/S3       location: NO CHERRY                             ACFALLE,MYRIAM
07/06/07 19:14 3P1 TAKING INTO CUSTODY AT SHERIDAN/5TH - S3 NO MORE UNITS   03  SQUIRES,JOANN
07/06/07 19:14 Unit PD/S3       location: SHERIDAN/FIFTH                        ACFALLE,MYRIAM
07/06/07 19:14 PD/3P6     _UA        location is _GRANT ST&WINCHESTER           ACFALLE,MYRIAM
07/06/07 19:14 PD/2P3     _CC        location is _GRANT ST&WINCHESTER           WOULFE, ROBERT
07/06/07 19:15 Unit PD/3P4      location: SHERIDAN/FIFTH                        ACFALLE,MYRIAM
07/06/07 19:19 819 SHERIDAN S3'S VEH NEED 1185                             05   ACFALLE,MYRIAM
07/06/07 19:19 1185                                                        05   ACFALLE,MYRIAM
07/06/07 19:19 Unit PD/3P6      location: SHERIDAN/FIFTH                        ACFALLE,MYRIAM
07/06/07 19:20 Unit PD/3P4      location: 1019 1015                             ACFALLE,MYRIAM
07/06/07 19:20 AUSSIE TOW ENT FOR THE SGT'S UNIT - FLAT TIRE            04       WILSON,TERI
07/06/07 19:20 Contractor: PDR&R   Request: PDT070607002213 - SEND     04       WILSON,TERI
07/06/07 19:21 R AND R TOW FOR THE 10851                               04       WILSON,TERI
07/06/07 19:22 RN 02 ADDED TO EVENT      LPD070607011458  PD/3P4                ACFALLE,MYRIAM
07/06/07 19:24 PD/3P4     _ND        location is _1019 1015                     ACFALLE,MYRIAM
07/06/07 19:52 PD/3P6     _CC        location is _SHERIDAN/FIFTH                 ACFALLE,MYRIAM
07/06/07 21:34 PD/S3      _CC        location is _SHERIDAN/FIFTH                 PARK,KENNY
07/06/07 23:53 PD/3P4     _CC        location is _1019 1015                      HART,SUSAN
07/06/07 23:53 Disposition     CHANGED From:        To:5       Unit:PD/3P4  05  HART,SUSAN
```

Handwritten annotations: "Not MACKAY", "Who", "Who This", "Took me into Custody", "In custody when he pulal UP", "Whats This"

VALLEJO POLICE DEPARTMENT

Date:  09/28/07     Time: 07:09

PAGE:   000002

Requested By: FRANCO,DONNA

I N C I D E N T     R E C A L L

| Incident | Time | Type | Pri Dispo | Address | | Bldg Apt | Callers Name | P-unit | Close Date/ | Operator |
|----------|------|------|-----------|---------|--|----------|--------------|--------|-------------|----------|
| | | | | Location | | | Callers Address | | Time | |
| - - - - - - - - - - - - - - - - - - - - | | | | Beat | Team/Dist | Area  - - - - | Callers Phone | - - - - - - - - - - - - - - - - | | |

==== Vehicle / Subject Information ====

-------- -----

--------------------

SELECTION CRITERIA:

```
            VEH PLATE :
            DATE      : 010107    THROUGH    092807
            TIME      :           THROUGH    2359
            AGENCY    : PD        UNIT    :
            AREA      :           SECTOR  :           RESP ZN  :
            TYPE      :
            OFFICER   :
            ADDRESS   :
            VICTIM    :
            FILTER    : A
```

Exhibit: C

**OFFICE OF THE DISTRICT ATTORNEY**
# COUNTY OF SOLANO

### DAVID W. PAULSON
**DISTRICT ATTORNEY**

L. Kathryn Coffer
Chief Deputy

**George H. Williamson**
Chief Deputy

**Alejandro Garza**
Chief Investigator

TO:     John Maddalone in pro per
FR:     Don du Bain
RE:     *People v. Maddalone*, VCR190587
DATE:   March 6, 2008
CC:     Nick Russo

In response to your discovery request dated February 15, 2008, the following discovery materials are enclosed:

1.  The CD of the dispatch recording and dispatch log were provided on October 9, 2007. There was no 911 call. The "complaining witness" is Officer MacKay. His report was previously provided on September 24, 2007.

2.  Dispatch call signs of officers on scene:    —— 3P1 Barrientos
    a.  3P4   Officer Bob MacKay, VPD badge #523
    b.  3P6   Officer Steve Darden, VPD badge #529
    c.  2P3   Officer Bob Woulfe, VPD badge #450
    d.  S3    Sgt. Kenny Park, VPD badge #536

3.  The People decline to provide the dispatch and CAD log for the one-half hour period preceding the incident absent a court order showing the relevance of this information.

4.  According to Officer MacKay, the witnesses who were present are the same as those listed above under #2.

5.  The names, agencies and badge numbers of the officers who assisted in the arrest are listed above under #2.

6.  The People decline to provide the arrest procedures for the Vallejo Police Department absent a court order; furthermore, the City Attorney represents the Vallejo Police Department in such matters.

---

*Exhibit: D 11 pages w cover sheet*

# OFFICE OF THE DISTRICT ATTORNEY
## COUNTY OF SOLANO

### DAVID W. PAULSON
**DISTRICT ATTORNEY**

**L. Kathryn Coffer**
Chief Deputy

**George H. Williamson**
Chief Deputy

**Alejandro Garza**
Chief Investigator

TO:      John Maddalone in pro per
FR:      Don du Bain *(dub)*
RE:      *People v. Maddalone*, VCR190587
DATE:    April 1, 2008

The following witness will replace Tom McFarlandt:

1.    Keith Bennett, Fleet Manager, Dollar-Thrifty Group, 780 McDonnell
      Road, San Francisco, CA  94128

The following discovery materials are enclosed:

1.    Dollar-Thrifty records (10 pages)

*Page 2, Conversion from legal rental*
*due to lack of return by 3d party*
*Castello*

---

Security Dept.
5330 E. 31st Street
Mail Stop # 6E1
Tulsa, OK 74153
866 242 0559
Fax 918 669 3230

Out of Town Reservations
1-800-THRIFTY
www.thrifty.com



April 23, 2007

PT3995250

**DANIEL CASTELLO**
**330 S. FLOWER**
**LOS ANGELES, CA    90071**

Dear DANIEL CASTELLO,

Thrifty Car Rental records indicate that on 4/15/2007 1:17:00 PM our vehicle # 2970004 bearing license plate # 5YKK663 was rented to you on rental agreement # PT3995250 from our location located at Los Angeles. Pursuant to the rental agreement, the vehicle was due to us on 4/17/2007. Our records indicate that this vehicle has not been returned.

We understand that there may be extenuating circumstances concerning your vehicle rental or its return. Therefore, we kindly request that you call us at 877-263-0896 to discuss extending your rental. It is important that you clarify your rental status so that proper follow-up can be taken and your rental agreement is retained in valid status

If you have already returned your vehicle please contact our Security Department at toll free 866-791-1489 as soon as possible so that we may ensure that your rental agreement is properly closed.

Sincerely,

Katie Sanders
Security Department

Security Dept.
5330 E. 31st Street
Mail Stop# 6E1
Tulsa, OK 74153
866 242 0559
Fax 918 669 3230

Out of Town Reservations
1-800-THRIFTY
:www.thrifty.com



April 30, 2007

PT3995250

**DANIEL CASTELLO**
**330 S. FLOWER**
**LA, CA   90071**

**RE: Final Demand for Vehicle Return**

Dear DANIEL CASTELLO,

Thrifty Car Rental records indicate that on 4/15/2007 1:17:00 PM our vehicle # 2970004 bearing license plate # 5YKK663 was rented to you on rental agreement # PT3995250 from our location located at Los Angeles.  Pursuant to the rental agreement, the vehicle was due to us on 4/17/2007.  The vehicle was not returned nor has the rental agreement due-in date been extended.  Our attempts to contact you have failed.  Our vehicle is currently 13 days past due.

With this letter we revoke your permission to operate this vehicle.  We demand that you telephone this office immediately at our toll free number 866-791-1489 and give us the location of this vehicle so that we may arrange to pick it up.

Failure to respond to this letter will result in criminal charges being filed against you.

Sincerely,

**Katie Sanders**
**Security Department**

Case 2:11-cv-00946-KJM-EFB   Document 1   Filed 04/08/11   Page 30 of 73



Cont



DHL USA Hom



# Track results detail

## Tracking results detail for 21313661950

### Tracking summary

| | |
|---|---|
| Current Status | ( Address information needed; contact DHL Customer Servic |
| Est. Delivery Date: | 5/1/2007 |

RTS
5|8

Sign up for shipment

**Track**

▸ Track by number
▸ Track by reference
▸ Get delivery signature
▸ Track DHL Same Day service
▸ Monitor shipments

## Log in to DHL

User ID  [            ]

Password  [            ]

☐ Remember my User ID

Log in ▸

▸ Forgot your Password?

**Register**
Registration is quick and free.
▸ Register now

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 5/1/2007 | 9:23 am | Address information needed; contact DHL Customer Service. | Los Angeles, CA |
| | 8:26 am | With delivery courier. | Los Angeles, CA |
| | 7:31 am | Arrived at DHL facility. | Los Angeles, CA |
| | 1:46 am | Processed at DHL Location. | Wilmington - Clinton Fiel |
| 4/30/2007 | 6:06 pm | Departing origin. | Tulsa, OK |
| | 4:26 pm | Shipment picked up | Tulsa, OK |

| Ship From: | Ship To: | Shipment Information: |
|---|---|---|
| DTG OPERATIONS INC | RESIDENT | Ship date: 4/30/2007 |
| Tulsa, OK 74135 | Los Angeles, CA 90071 | Pieces: 1 |
| United States | United States | Total weight: 1 lb * |
| | | Ship Type: Letter |
| | | Shipment Reference: 1' |
| Attention: | Attention: | Service: Express |
| DTG OPERATIONS INC | RESIDENT | Special Service:  Signa |
| | | Description: PT399825! |

Tracking detail provided by DHL: 5/3/2007, 1:31:16 pm pt.

Track nev

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to D
use of DHL tracking systems and information is strictly prohibited.

* Note on weight:
The weights displayed on this website are the weights provided when the shipment was created. Actu
weights may be different and will be provided on invoice.

**New to DHL?**

Registration is quick and easy.And as a registered user,you'll have access to services and tools to help you ship your packages easily and efficiently.
▸ Register Now

**Questions?**

We're here to help!
▸ Contact DHL

DHL Global | About DHL | Newsroom | Contact | Sitemap | Privacy Policy
Copyright © 2007 DHL International, Ltd. All Rights Reserved.

**Dollar Thrifty**
**Automotive Group, Inc.**

Date: _____ June 13, 2007 _____

From: Dollar Thrifty Automotive Group, Inc.
780 McDonnell Rd.
San Francisco, California 94128

To: LAPD PACIFIC DIVISION
12312 CULVER BLVD
LA           CA      90066

RE: **RECOVERY LETTER**
**VIA CERTIFIED MAIL RETURN RECEIPT**

Dear Sirs:

This letter will serve to confirm recovery of the below listed vehicle previously reported to your department. Please ensure that all police alarms on this unit have been cancelled.

| YEAR | MAKE | MODEL | COLOR | VEHICLE # |
|------|------|-------|-------|-----------|
| 7 | CHRYSLER | 300 | BLUE | 297060-4 |

| VIN # | LICENSE # | STOLEN CASE # | DATE STOLEN |
|-------|-----------|---------------|-------------|
| 2C3KA53G97H746972 | 5YKK963 | 0714-16663 | 6/17/2007 |

| | | | |
|---|---|---|---|
| REPORTED TO: | LAPD PACIFIC DIVISION | | |
| RECOVERY LOCATION: | Dollar BRG | DATE RECOVERED: | 6/13/2007 |
| RECOVERY AGENCY: | Vallejo PD | RECOVERY CASE #: | 07-11458 |

Thank you for your assistance and be assured of our cooperation in matters of mutual interest.

Sincerely,

Keith Bennett

Fleet Manager
Title

5125203160 DHL
Certified Mail #

---

**For Interoffice Use only:**

      ***Note*** If any of the Boxes below have a check in them - Supporting
      Documentation Relative to the Claim MUST be submitted via Web Docz ASAP.

| | | | |
|---|---|---|---|
| [ X ] | No Damage | [ X ] | Towing Cost |
| [ X ] | Damaged | [ X ] | Miscellaneous Charges |
| [ X ] | Storage Cost | [ X ] | Petty Cash Cost |

**VEHICLE RECOVERY WORKSHEET**

*Dollar Thrifty*
*Automotive Group, Inc.*
~~~~~ *Thrifty*

| | |
|---|---|
| Unit#: | 297000-4 |

| | | | |
|---|---|---|---|
| Recovery Date: | June 13, 2007 | Days Missing: | 27 |
| Date NCIC Canceled: | | Mileage: | unknow no key |
| Recovery Location: | LAX | Brand: | DOLLAR |
| (What location do you need the vehicle showing in (airfare)?) | | | Dollar or Thrifty Brand Lot?? |
| Contact Name: | TOM MCFARLAND | Phone Number: | 310-410-5410 |
| Recovered By - PD: | Vallejo PD | Recovery Case Number: | 07-11458 |
| Officer's Name: | unknown | Phone Number: | 707-648-4321 |
| Vehicle Is Now At: | Dollar BRG | | |

[x] **NO DAMAGE** - Vehicle is in good condition

[ ] **DAMAGED** - Forward RA & Estimates to SUBROGATION

No Key

Description of Damages: _____

_____
_____
_____

| | | | |
|---|---|---|---|
| Towing Cost | $250.00 | Storage Cost | $300.00 |
| Miscellaneous | N/A | Petty Cash | N/A |
| Estimated Repair Cost | $125.00 | Attachments | Yes [ ] No [x] (Check One) |

Will vehicle be eligible for return to manufacturer ?　Yes [x]　No [ ]　(Check One)

If no, please explain _____

**Arrest / Court**　　　Arrest(s) Made: [ ] YES　[x] NO　(Check One)

| | | | |
|---|---|---|---|
| Defendant (s) | | | |
| Arrest Number | | Docket / Case# | |
| Court Number | | Charge(s) Filed | |
| Court Phone # | | Prosecutor | |
| Court Date | | Disposition | |

**Additional Information**

_____
_____
_____
_____

| | | | |
|---|---|---|---|
| City Manager | BILLY CHING | Date | 13-Jun-07 |

# Stolen Vehicle Summary Sheet

**Dollar Thrifty Automotive Group, Inc.**

Reporting Location: | 910031 |   Date: | May 17, 2007 |

## Stolen Information

Renting Location: | LAX |   Brand: | Dollar |

Renter/Customer's Name: | DANIEL     CASTELLO |
First Name     Last Name     Middle Name

Is This Customer Listed on DNR   YES ☐   NO ☐

Explain If NOT: |                    |
Explain If YES: |                    |

Driver's License #: | A0154076 |   D.L. State: | CA |

RA #: | PT399525-0 |

Renting Agent: | KIM WEAVER |

Unit #: | 297000-4 |

Full VIN #: | 2C3KA53G07H746972 |

Model: | 300 |   Make: | CHRYSLER |

Actual Stolen Date: | April 17, 2007 |   Date Reported: | May 17, 2007 |

## Type of Loss:

Conversion [X]   Missing from Inventory ☐

Theft from Renter / Reported by Renter ☐   Stolen from Lot ☐

ID Fraud / Credit Card Fraud ☐   Stolen from Vendor ☐

Fraudulent / Conversion ☐   Stolen from Auction ☐

Police Report #: | 0714-15563 |

Agency Reported To: | LAPD PACIFIC DIVISION |

Date NCIC Checked: | May 16, 2007 |

WARRANTS ISSUED FOR ARREST:   YES ☐   NO ☐

If "YES" Name Warrant issued for? |                    |

Submit Completed Form to:
Web Documents (Crystal Carriger)
DTAG - Tulsa

## Tom McFarland

| | |
|---|---|
| **From:** | **Tom McFarland** |
| **Sent:** | **Friday, June 08, 2007 8:56 AM** |
| **To:** | **Krista Coble; # Impound Department** |
| **Subject:** | **IMPOUND RECOVERY** |

Below unit is located at R&R TOW 707-552-4877, Police release needed at the police located at 111 Amador st Valero, Ca,707-648-5293. 30 miles west of SFO, Please set up a tow on this and let me know when it gets back to a location.

Thanks.


OPTION:  __        MULTI-BRAND VEHICLE INVENTORY CONTROPAGE 1 001351 06-08-2007

```
 1 VEHICLE # 297000 4              24 CURR STATUS C   CURR ODOM 2317
 2 SERIAL #  2C3KA53G07H746972        CURR DATE/TIME 05-17-2007 0621
 3 DLV DATE  03-16-2007  4 ODOM 14  25 CURR LOC    LAX    26 BRAND 01
 5 LICENSE # 5YKK663    6 ST CA     27 CONTROL LOC LAX    28 BRAND 01
 7 TAB EXPIRE DATE                     LAST RA # PT399525
 8 YEAR   2007                      29 OWNING CITY 910031 30 BRAND 00
 9 MODEL 300 TOUR                      (NAME)    LOS ANGELES FLEET PL
10 MAKE   CHRYSLER 11 CLASS LCAR    31 SERVICE FLAG 2000000000
12 COLOR BLUE    13 TYPE   SEDAN    32 PM DUE ODOM  6000
14 KEY #          M2171             33 GROUND DATE  05-13-2008
15 TRUNK KEY #                      34 GROUND ODOM  5500
16 ACCESS PIN #                     35 MIN HOLD
17 OPTIONS                          36 MAX HOLD
18 FUEL CAPACITY 18.00              37 T/B ARRIVAL DATE
19 PROGRAM TYPE  GDP                38 T/B INSPECT DATE
20 NOTES                            39 DELETION DATE
21 DAMAGE                           40 T/B CENTER
22 COVERAGE CODE S                  41 PREPAID FEES
23 POST CODE 1                         DUE LOC          DATE

1SAVE    2NEXT    3ERASE    4      5         6SEARCH  7      8NEXTPG
```

Case 2:11-cv-00946-KJM-EFB   Document 1   Filed 04/08/11   Page 35 of 73

CONFIDENTIAL

**Dollar Thrifty**
**Automotive Group, Inc.**
Dollar  Thrifty

## *Stolen Vehicle Report*

| Unit # | License # | Owning Location A/P Code | Reporting Location Airport Code | Renting Location Airport Code |
|---|---|---|---|---|
| 297000-4 | 5YIX0963 | | 910031 | LAX |

(Check the appropriate Brand of the Renting Location):     [ ] Dollar Brand     [X] Thrifty Brand

## CLASSIFICATION OF MISSING VEHICLE (Check the one's for which pertain to this report:)

| | | | |
|---|---|---|---|
| [X] Conversion | [ ] Theft from Renter / Reported by Renter | [ ] Missing from Inventory | [ ] Stolen from Lot |
| [ ] ID Fraud / Credit Card Fraud | [ ] Fraudulent / Conversion | [ ] Stolen from a Vendor | [ ] Stolen from Auction |

## VEHICLE DESCRIPTION

| Model | Year | Make | Body Style | Full Vin # | Color |
|---|---|---|---|---|---|
| 300 | 7 | CHRYSLER | SEDAN | 2C3KA63G97H748072 | BLUE |

## Renter / Customer Information

| Is this Customer Listed on DNR | | If Not Please Explain? |
|---|---|---|
| [ ] Yes    [ ] No | | If Yes Please Explain? |

| Renter's First Name | Renter's Last Name | Middle Name | Company Name | |
|---|---|---|---|---|
| DANIEL | CASTELLO | | | |
| Renter's Adress | City | State | Zip | Home Phone |
| 239 S FLOWER | LA | CA | 90071 | 323-257-4200 |
| Company's Address | City | State | Zip | Business Phone |
| | | | | |
| Driver's License # | State | Exp. Date | Credit Card Type & No. (If Fraudulent Case ONLY) | Exp. Date | Auth Amount |
| A6184979 | CA | 1/312020 | | | |
| Rental Agreement # | Date Rented | Scheduled Return Date | Name of Renting Agent | Scheduled Return Location | |
| PT300026-0 | 4/10/2007 | 4/17/2007 | KIM WEAVER | LAX | |

## Overdue / Conversion

| Customer Been Contacted? | # of Days Overdue | Date of 1st Certified Letter | Date of 2nd Certified Letter | Police Report Signed By |
|---|---|---|---|---|
| [ ] Yes   [X] No | 30 | April 23, 2007 | April 30, 2007 | TOM MCFARLAND |
| Additional Comments | | | | |

## Theft from Renter

| Date Reported | Person Reporting Theft (ie Renter, Police, etc...) | Name of Employee Receiving Report | | Date Report Received |
|---|---|---|---|---|
| | | | | |
| Vehicle Locked @ Time of Theft | Key's Returned ? | Accident Report Signed ? | Location Of Vehicle @ Time of Theft | |
| [ ] Yes   [ ] No | [ ] Yes   [ ] No | [ ] Yes   [ ] No | | |
| Additional Comments | | | | |

## Missing / Stolen from Lot

| Date of Last Check-In | Last Date of Physical Inv. | Inventory Done by: (Employee Name) | Key's Left in Vehicle? | If "NO" Are Keys Accounted for |
|---|---|---|---|---|
| | | | [ ] Yes   [ ] No | [ ] Yes   [ ] No |
| Additional Comments | | | | |

## Police Information

| Date of Report | Time | Date Actual Stolen | Date NCIC Checked | Case # | |
|---|---|---|---|---|---|
| May 17, 2007 | 11:00 | April 17, 2007 | May 18, 2007 | 0714-19963 | |
| Reported By | | | Name of Officer | | Badge # |
| TOM MCFARLAND | | | | | |
| Police Department Name | Address | | City | State | Zip | Phone |
| LAPD PACIFIC DIVISION | 12312 CULVER BLVD | | LA | CA | 90066 | 310-202-4601 |
| Arrest Warrants Issued? If "YES" Name Warrant Issued for? | | | | | |
| [ ] Yes   [ ] No | | | | | |
| If "No" please explain: | | | | | |
| Additional Comments | | | | | |

---

BILLY CHING                                              May 17, 2007
General / City Manager                                   Date

Distribution: 1) Original - Location Fleet File    2) Copy #1 - HQ Fleet Mgr. / Web Documents    3) Copy #2 - Regional Security Mgr.

Case 2:10-cv-00946-KJM-EFB   Document 1   Filed 04/00/11   Page 36 of 73

Vehicle Information

Car To Be Returned To Above Unless Stated Below

Customer Information

COSTELLO    DANIEL        EXPID: 0NJ7C4
330 S. FLOWER
A            CA 90071
4076     CA 01/31/2009    323-567-4200
ADD'L DRIVER: None

CREDIT CARD AUTHORIZATION/CASH DEPOSITS
/1.*********2917/006463/  400.00/9/04/15/2007

l per hour rate for late returns is charged right after the start of new Rental Day.

**CALIFORNIA - NOTICE TO RENTERS**

You are responsible for all collision damage to the rented Vehicle even if someone else caused it or the cause is unknown. You are re:
ie for the cost of repair up to the value of the Vehicle, and towing, storage and impound fees. Your own Insurance, or the issuer of the
ard You use to pay for the car rental transaction, may cover all or part of Your financial responsibility for the rented Vehicle. You s!
eck with Your Insurance company, or credit card Issuer, to find out about Your coverage and the amount of the deductible, if any, for v
u may be liable. Further, if You use a credit card that provides coverage for Your potential liability, You should check with the issuer to c
ne if You must first exhaust coverage limits of Your own Insurance before the credit card coverage applies.

W does not apply if: (1) the damage or loss results from Your (i) intentional, willful, wanton, or reckless conduct, (ii) operation of the
under the influence of drugs or alcohol in violation of section 23152 of the Vehicle Code, (iii) towing or pushing anything, or (iv) oper
the vehicle on an unpaved road if the damage or loss is a direct result of the road or driving conditions; (2) the damage or loss oc
ile the vehicle is used (i) for commercial hire, (ii) in connection with conduct that could be properly charged as a felony, or (iii) is inv
l speed test or contest or in driver training activity; (3) operated by a person other than an Authorized Driver; (4) operated outside c
ited States; or (5) You (i) provided fraudulent information to the Company or (ii) provided false information about the Company would
'e rented the Vehicle if it had instead received true information. "Authorized Driver" means (1) the Renter; (2) the Renter's spouse if
son is a licensed driver and satisfies the Company's minimum age requirement; (3) the Renter's employer or co-worker if they are eng
usiness activity with the Renter, are licensed drivers, and satisfy the Company's minimum age requirements; and (4) any person li
he Company on the rental agreement as an authorized driver.

cost of optional LDW is $ _____ to $ _____ for every day, depending upon the vehicle rented.

These terms supersede any conflicting terms stated elsewhere.

*297000*
*54K1566*

al Agreement is between the undersigned and the company identified above (the"Company"). By signature below, the undersigned acknowledges and represents that they are legally authorized to operate the rental
hiver's license, and that they have read and agree to the terms, conditions and notices, both printed and written, including the Loss Damage Waiver information, that appear on this Rental Statement and on the separat
e "Agreement"), which is incorporated by it. THE UNDERSIGNED AUTHORIZE THE COMPANY TO PROCESS A CHARGE TO THEIR CREDIT, DEBIT OR CHARGE CARD IN THE AMOUNT SPECIFIED ABOVE FO
UPON SIGNATURE BELOW, AND FOR ALL ADDITIONAL CHARGES DUE UPON RETURN OF THE VEHICLE. ALL CHARGES SUBJECT TO AUDIT. No additional drivers are permitted without the Company's ap

RENTER   X                          ADDITIONAL DF

Case 2:11-cv-00946-KJM-EFB  Document 1  Filed 04/08/11  Page 37 of 73

RENTAL AGREEMENT NO.

**R E N T A C A R**

50 N. Arbor Vitae Street
Los Angeles, CA 90045
310-410-5400
Fax 310-645-0045

SHOW THIS NO. ON ALL CORRESPONDENCE
MINIMUM RENTAL CHARGE - ONE DAY 24 HRS.
A MINIMUM OF FIVE DAYS RENTAL (FIVE 24 HOUR
PERIODS) REQUIRED FOR WEEKLY RATE.
RATES DO NOT INCLUDE REFUELING CHARGES.
(Plus Mileage if Applicable)

This Agreement is between you and the entity listed above. CAR TO BE RETURNED TO ABOVE ADDRESS UNLESS NOTED.

| # | Field | | | # | Field | | # | Field | Value |
|---|-------|---|---|---|-------|---|---|-------|-------|
| 2. | RENTER NAME | | DATE OF BIRTH | 18. | ORIGINAL VEHICLE # | OWNING CITY | 41. | RENTAL EXPIRES ON | |
| 3. | CURRENT STREET ADDRESS | | CITY | 19. | LICENSE PLATE # | | 42. | DUE BACK LOCATION | ACTUAL RETURN LOCATION |
| 4. | STATE OR COUNTRY | ZIP CODE | HOME PHONE NUMBER | 20. | MAKE-MODEL-COLOR | | 43. | DATE/TIME IN | 44. DATE/TIME OUT |
| 5. | LICENSE NUMBER | STATE OR COUNTRY | EXPIRATION DATE | 21. | RATE CODE | FUEL IN / FUEL OUT | 45. | MILES | |
| 6. | EMPLOYER | | BUSINESS PHONE | 22. | VEH. RSVD | VEH. RCVD | 46. | HOURS @ | |
| 7. | RENTER LOCAL ADDRESS (HOTEL OR OTHER) | | PHONE NUMBER | 23. IN | MILEAGE | | 47. DAYS @ | | |
| 8. | FREQUENT FLYER # / FREQUENT RENTER # | | | 24. OUT | | | 48. WEEKS @ | | |
| 9. | ADDITIONAL RENTER/AUTHORIZED DRIVER | | DATE OF BIRTH | 25. MILES DRIVEN | | | 49. WKND/X DAY @ | | |
| 9A. | CURRENT STREET ADDRESS | | | 26. REPLACEMENT VEHICLE # | | | | | |
| 10. | LICENSE NUMBER | STATE OR COUNTRY | EXPIRATION DATE | 27. LICENSE PLATE # | | | 50. UPGRADE/DAY | | |
| 10A. | METHOD OF PAYMENT-ADD'L DRIVER/RENTER | | | 28. MAKE-MODEL-COLOR | | | 51. ADD'L DRIVER/DAY | | |

| 29. OWNING CITY | VEHICLE CLASS | 52. TOTAL TIME & MILEAGE | |
|---|---|---|---|
| | | 53. LESS CREDITS | |
| 30. DATE/PLACE EXCHANGED/TIME | | 54. SUB TOTAL | |
| | | 55. OPTIONS | |
| MILEAGE | | 56. SERVICE CHARGES | |
| 31. IN | | 57. GOVERNMENT ADMISTRATIVE RATE SUPPLEMENT/DAY | |
| 32. OUT | | | |
| 33. MILES DRIVEN | | 58. CONCESSION RECOVERY FEE | 6.45.50 |
| 34. TOTAL DRIVEN | | 59. DROP CHARGES | |
| 35. LOSS DAMAGE WAIVER ("LDW") (Initial One) | | 60. *Circle One FFIRS/FPS | |
| I Accept LDW which waives My financial responsibility up to 100% | | 61. LDW/DAY $ | |
| I Decline LDW which makes Me responsible for all loss or damage allowed by law. LDW IS NOT INSURANCE. | | 62. SURCHARGES | |
| 36. OPTIONAL PROTECTION COVERAGES See rental jacket and brochure for terms. | | 63. SUB TOTAL | |
| 1. SUPPLEMENTAL LIABILITY INSURANCE ("SLI") ACCEPT ___ DECLINE ___ | | Days | |
| 2. TEXAS AUTO RENTAL LIABILITY ("TARL") ACCEPT ___ DECLINE ___ | | 64. VOUCHER SALES TAX | |
| 3. UNINSURED/UNDERINSURED MOTORIST PROTECTION ("UMP") ACCEPT ___ DECLINE ___ | | Days | |
| 4. PERSONAL COVERAGES (SELECT ONE) ___ PERSONAL PROTECTION PLAN ("PPP") ___ NY: PERSONAL ACCIDENT INSURANCE ("PAI") ___ NY: PERSONAL EFFECTS PROTECTION ("PEP") ACCEPT ___ DECLINE ___ | | Days | |
| | | 65. SALES TAX 9.25 % | 431.73 |
| 37. FUEL PURCHASE OPTIONS (FPO) | | 66. FPO $ PER EST GALLON | |
| 1. Purchase a full tank at time of rental. No refunds for partial tanks upon return. 2. Refuel vehicle within 10 miles of the Dollar return location. No refueling charge with gas receipt. 3. Have Dollar refuel at check-in. | | 67. DAMAGE CHG/OTHER CHGS. | |
| | | 68. TOTAL | 5665.50 |
| 38. CASH DEPOSIT $ | ADD'L DEPOSIT $ | 69. LESS DEPOSITS/CREDITS | 400.00 |
| 39. REFUND RECEIVED X | | 70. REFUND DUE/PAID | |
| 40. DBR DATE | METHOD OF PAYMENT | 71. AMOUNT COLLECTED | |
| | | 72. BALANCE DUE | 5265.13 |

**NOTICE**

ANY PROHIBITED USE OF THE VEHICLE AS DEFINED IN PARAGRAPH E, VIOLATES THE AGREEMENT AND MAY VOID OR DEPRIVE YOU OF BENEFITS, PROTECTION AND OPTIONAL COVERAGES, IF ANY, TO WHICH YOU WOULD HAVE OTHERWISE BEEN ENTITLED TO UNDER THIS AGREEMENT.

11.

BY SIGNATURE BELOW, YOU ACKNOWLEDGE AND REPRESENT THAT (1) YOU HAVE A VALID DRIVER'S LICENSE; (2) ALL THE INFORMATION PROVIDED BY YOU IS TRUE AND ACCURATE; (3) YOU HAVE READ AND AGREE TO THE TERMS, CONDITIONS AND NOTICES, BOTH PRINTED AND WRITTEN, INCLUDING LDW, THAT APPEAR ON THIS RENTAL DOCUMENT, THE SEPARATE RENTAL JACKET AND ANY ADDENDUMS TO THE RENTAL JACKET, WHICH ARE ALL INCORPORATED HEREIN; AND, (4) IF YOU PAY FOR CHARGES BY CREDIT, DEBIT OR CHARGE CARD, YOU AUTHORIZE DOLLAR TO PROCESS OR SUBMIT A CHARGE TO YOUR CREDIT, DEBIT OR CHARGE CARD FOR THE ESTIMATED CHARGES FOR THIS RENTAL AND FOR ALL ADDITIONAL CHARGES UPON RETURN OF THE VEHICLE, OR IF ALLOWED BY LAW, BY YOUR SIGNATURE BELOW YOU CONSENT TO THE RESERVATION OF CREDIT WITH THE CARD ISSUER OF THE GREATER OF THE ESTIMATED CHARGES DUE OR THE CREDIT CARD HOLD AMOUNT LISTED IN BOX 12. No additional drivers are permitted without Dollar's prior written approval.

X _____ RENTER

X _____ ADD'L RENTER/AUTHORIZED DRIVER

12. CREDIT CARD HOLD AMOUNT
$

13. METHOD OF PAYMENT – RENTER

| AMOUNT | AUTH. # | ADD'L AMT. | AUTH. # | DATE |
|--------|---------|-----------|---------|------|
| | | | | |
| RES. # | IATA NO. | | REFERRAL SOURCE | |
| VOUCHER/COUPON/MCO# | | VALUE | | |
| SALES AGENT OUT | | SALES AGENT IN | | |

5 CONTRACT SUBJECT TO FINAL AUDIT
0110 © Dollar Rent A Car, Inc. 0803M150 Rev. 08/03

CONTROL

SUTTER SOLANO MEDICAL CENTER
300 Hospital Drive, Vallejo CA 94589
(707)554-5201
Discharge Instructions

Ralph Koo MD

John Maddalone
075031

# PATIENT DISCHARGE INSTRUCTION SUMMARY

| Date: | 06/08/2007 | Time: | 02:46 |
|---|---|---|---|
| Patient: | John Maddalone | Patient ID: | 075031 |

Attending MD: Ralph Koo MD

Referred to: Solano County Health Dept.

Instruction Topics Printed:
HYDROCODONE
HEAD INJURY (no wake-up), Adult
DIPHTHERIA & TETANUS VACCIN INFO
ABRASION
SPLINT CARE: Fiberglass
FRACTURE: ELBOW

Tests Performed:
CBC
Chemistry
CT

*X CAT SCAN OF HEAD IS OK*

Drugs Prescribed:

| VICODIN 5/500 | | 1-2 tab Q6h prn pain | | |
|---|---|---|---|---|
| | 20 (twenty) | | Refills: 0 | Substitute Ok |
| COLACE | | 1 cap BIB PRN CONSTIPATION | | |
| 100 mg capsule | 15 | | Refills: 0 | Substitute Ok |

Special Advice:
Call Solano County Health Dept. today or the next business day for an appointment to be seen within the next 3 days if not improving. When you call to make the appointment, tell the secretary that you were referred from this facility. When you go to see the doctor, bring these instructions with you. RIGHT ELBOW FRACTURE (OLECRANON BONE):

SEE YOUR DOCTOR OR CLINIC THIS WEEK FOR RECHECK AND ORTHOPEDIC (BONE SPECIALIST) REFERAL.

KEEP SPLINT ON. REST AND ELEVATE ARM.

WEAR SLING.

TYLENOL OR MOTRIN OK FOR PAIN.

RETURN IF WORSE PAIN, NUMBNESS, OR ANY CONCERNS.

It is illegal to allow your child under the age of 6 years or weighing less than 60 pounds, to be transported in a vehicle without using a federally approved car safety seat.
For further information, a copy of the California Vehicle Code Section 27363.5 is available.

**SUTTER SOLANO MEDICAL CENTER**
300 Hospital Drive, Vallejo CA 94589
(707)554-5201
**Discharge Instructions**

Ralph Koo MD

John Maddalone
075031

## MEDICATION: VICODIN (Hydrocodone)

VICODIN (generic: Hydrocodone + acetaminophen) is a narcotic pain medicine. It is also available under the trade names LORTAB and ANEXSIA, NORCO.

### DIRECTIONS FOR USE:
If this medicine makes your stomach upset, take it with food. Pain medication should be taken only if needed at the times prescribed. If you are not having pain, do not take the medicine, unless you are advised to do so by your doctor.

### WHAT TO WATCH FOR:
POSSIBLE SIDE EFFECTS: Dizziness, drowsiness --> (Take a smaller dose; for example, break the pill in half or take it less often). Constipation --> (Drink lots of liquids, use small doses of a mild laxative like Milk of Magnesia, as needed). Nausea, vomiting --> (Take with food). Difficulty passing urine--> (Stop the medicine and contact your doctor).

ALLERGIC REACTION: Rash, itching, swelling, trouble breathing or swallowing --> (Contact your doctor or return to this facility promptly).

*********** *IMPORTANT* ***********

MEDICAL CONDITIONS: Before starting this medicine, be sure your doctor knows if you have any of the following conditions:
— Prostate enlargement
— Pregnancy or breast feeding

DRUG INTERACTIONS: This drug may cause increased side effects when taken with alcohol, muscle relaxant, sedative, tricyclic antidepressant, MAO-inhibitor or another pain medicine.

### WARNINGS:
— DO NOT DRIVE, ride a bicycle or operate dangerous equipment while taking this medicine until you know how it will affect you.
— Prolonged use of this medicine can be HABIT FORMING and may lead to ADDICTION.

*[NOTE: This information topic may not include all directions, precautions, medical conditions, drug/food interactions and warnings for this drug. Check with your doctor, nurse or pharmacist for any questions that you may have.]*

## SUTTER SOLANO MEDICAL CENTER
### 300 Hospital Drive, Vallejo CA 94589
### (707)554-5201
### Discharge Instructions (con't)

Ralph Koo MD

John Maddalone
075031

# HEAD INJURY

[no

wake-up, Adult]

You have had a head injury. It does not appear serious at this time. Sometimes symptoms of a more serious problem (bruising or bleeding in the brain) may appear later. Therefore, watch for the WARNING SIGNS listed below.



**HOME CARE:**

1) During the next 24 hours someone must stay with you to check for the signs below.

2) If you have swelling of the face or scalp, apply an ice pack (ice cubes in a plastic bag, wrapped in a towel) for 20 minutes every 1-2 hours until the swelling starts to go down.

3) You may take Tylenol (acetaminophen) or ibuprofen (Advil, Motrin) for pain, unless another pain medicine was prescribed.

**FOLLOW UP** with your doctor or this facility if you do not start to improve within the next 24 hours.

**RETURN PROMPTLY** or contact your doctor if any of the following occur:

- Repeated vomiting
- Severe or worsening headache or dizziness
- Unusual drowsiness or unable to awaken as usual
- Unequal pupils
- Confusion or change in behavior or speech
- Convulsion (seizure)
- Increasing scalp or face swelling
- Redness, warmth or pus at the site of injury



**SUTTER SOLANO MEDICAL CENTER**
300 Hospital Drive, Vallejo CA 94589
(707)554-5201
**Discharge Instructions (con't)**

Ralph Koo MD

John Maddalone
075031

## VACCINE INFORMATION: DIPHTHERIA / TETANUS

### ABOUT THE DISEASES
Tetanus (lockjaw) and Diphtheria are serious diseases. Tetanus is caused by bacteria that enters the body through a cut or wound. Diphtheria occurs when bacteria pass from an infected person to the nose or throat of others.

#### TETANUS CAUSES:
– Painful spasms of all muscles
– Locking of the jaw so that you can't open your mouth or swallow

#### DIPHTHERIA CAUSES:
– Thick coating in the nose, throat or air passages
– Breathing problems, heart failure
– Paralysis, death

### ABOUT THE VACCINES
Vaccination is the best way to protect against Tetanus and Diphtheria. Because of vaccination, there are many fewer cases of these diseases. There would be many more cases if we stopped vaccinating people.

#### WHO should get this vaccine?
People who have not gotten at least three doses of a Tetanus and Diphtheria vaccine during their lifetime should get this vaccine. After a person gets the third dose, a booster dose is needed every 10 years to stay protected.

#### NOTIFY YOUR DOCTOR or nurse BEFORE getting this vaccine if:
– You ever had a serious allergic reaction or other problem after getting any Diphtheria or Tetanus vaccine
– You have ever had a seizure
– You now have a moderate or severe illness
– You have a parent, brother or sister who has had seizures
– You have a brain disease that is getting worse

#### What are the RISKS from this vaccine?
– As with any medicine there are very small risks that a serious problem, even death, could occur after getting a vaccine. The risks from the vaccine are much smaller than the risks from the diseases.
– Almost all people who get this vaccine have no problems from it.

#### MILD PROBLEMS:
– These include soreness, redness, or swelling where the shot was given within a few hours to a few days after vaccination; this can last 1-2 days.
– Acetaminophen or ibuprofen (not aspirin) may be used to reduce soreness.

#### SEVERE PROBLEMS: (These problems are very rare)

--- --- --- --- --- --- --- 415-482-6743   T-342   P.006/011   F-685

SUTTER SOLANO MEDICAL CENTER
300 Hospital Drive, Vallejo CA 94589
(707)554-5201
Discharge Instructions (con't)

Ralph Koo MD

John Maddalone
075031

   — Serious allergic reaction
   — Deep aching pain and muscle wasting in upper arm(s). This starts 2 days to 4 weeks
     after the shot and may last many months.

# SUTTER SOLANO MEDICAL CENTER
### 300 Hospital Drive, Vallejo CA 94589
### (707)554-5201
### Discharge Instructions (con't)

Ralph Koo MD

John Maddalone
075031

## IF YOU HAVE HAD A SERIOUS REACTION TO THIS VACCINE
— Ask your doctor, nurse, or health department to file a Vaccine Adverse Event Report form or call: (800) 822-7967. The National Vaccine Injury Compensation Program gives compensation (payment) for persons thought to be injured by vaccines. For details call: (800) 338-2382. If you want to learn more, ask your doctor or nurse. She/he can give you the vaccine package insert or suggest other sources of information.
                        [based on U.S. Center for Disease Control & Prevention patient information pamphlet.]

*[NOTE: This information topic may not include all directions, precautions, medical conditions, drug/food interactions and warnings for this drug.  Check with your doctor, nurse or pharmacist for any questions that you may have.]*

**SUTTER SOLANO MEDICAL CENTER**
300 Hospital Drive, Vallejo CA 94589
(707)554-5201
Discharge Instructions (con't)

Ralph Koo MD

John Maddalone
075031

## ABRASIONS

ABRASIONS are skin scrapes. Their treatment depends on how large and deep the abrasion is.

### HOME CARE

1) Wash the area with soap and water to remove all the cream/ointment. You may do this in a sink, under a tub faucet or shower. Rinse off the soap and pat dry with a clean towel.

2) If your bandage sticks to the wound, soak it in warm water or with a solution of hydrogen peroxide until it loosens.

3) Reapply cream/ointment according to your doctor's instructions. This will prevent infection and help prevent the bandage from sticking.

4) Cover the wound with a fresh non-stick bandage (Telfa).

5) Repeat this procedure once a day, or as directed by your doctor.

6) If the bandage becomes wet or dirty, change it as soon as possible.

7) You may use acetaminophen (Tylenol) or ibuprofen (Motrin, Advil) to control pain, unless another pain medicine was prescribed. [NOTE: If you have liver disease or ever had a stomach ulcer, talk with your doctor before using these medicines.] Do not use ibuprofen in children under six months of age.

**FOLLOW UP** with your physician or this facility as directed by our staff. Most skin wounds heal within ten days. However, an infection may occur despite proper treatment. Therefore, look for the early signs of infection listed below.

**RETURN PROMPTLY** or contact your doctor if any of the following occur:
  – Increasing pain in the wound
  – Increasing redness or swelling
  – Pus coming from the wound
  – Fever over 100.0° F (37.8° C) oral, or 101.0° F (38.3° C) rectal

## SUTTER SOLANO MEDICAL CENTER
300 Hospital Drive, Vallejo CA 94589
(707)554-5201
**Discharge Instructions (con't)**

Ralph Koo MD

John Maddalone
075031

## SPLINT CARE: FIBERGLASS

1) It will take up to TWO hours for your fiber glass splint to fully harden; therefore, *do not apply any pressure on it during that time or else it may break.*

2) To prevent swelling under the splint, for the <u>FIRST 48 HOURS</u>:
   
   — If the splint is on your ARM: keep it in a sling or raised to shoulder level when sitting or standing; rest it on your chest or on a pillow at your side when lying down.
   — If the splint is on your FOOT: keep it propped up above the level of your waist when sitting or lying. Avoid crutch walking as much as possible during this time.

3) Keep the splint completely dry at all times. Bathe with your splint protected with a plastic trash bag, rubber-banded to hold it in place. If your splint does become wet, use a hair dryer to warm the splint and speed up the drying process. A splint that remains wet may cause skin problems.

<u>FOLLOW UP</u> with your doctor or this facility as advised. The splint should be checked in 24 HOURS to be sure it has not become too tight from swelling. Look for the signs below.

<u>RETURN PROMPTLY</u> if you develop any of the following symptoms:
   — Bad odor from the splint or wound-fluid stains the splint
   — The splint cracks or remains wet over 24 hours
   — Signs of swelling under the splint
   — Increasing tightness or pressure under the splint
   — Fingers or toes become swollen, cold, blue, numb or tingly
   — Increased pain under the splint

Exhibit : F

# SOLANO COUNTY SHERIFF'S DEPARTMENT
## 530 UNION AVENUE, SUITE 100
## FAIRFIELD, CA 94533

COPIES TO:
- ☐ DA
- ☐ PROB
- ☐ DOJ
- ☐ INV
- ☐ PAT
- ☐ RISK MANAGEMENT
- ☐ COUNTY COUNSEL
- ☐ OTHER

AGENCY NO. 4807

# ARREST REPORT

☐ JUVENILE  ☒ ADULT

| | |
|---|---|
| CASE NO. | 07-1198 |
| PAGE | 1 |
| REP DEV CODE | RD | BEAT |
| PROP 115 QUALIFIED | ☒ YES ☐ NO | WEAPON USED ☐ YES ☒ NO |
| DOMESTIC VIOLENCE ☐ YES ☐ NO | BILLABLE ☐ YES ☐ NO |

**ARREST DATA 1**

| DATE / TIME OF ARREST | 48 HOUR EXPIRATION | LOCATION OF ARREST | ARRESTING AGENCY |
|---|---|---|---|
| 06-07-07 / 1914 | | CHERRY & SHERIDAN, VJO | VJO- 4807 |

TYPE OF ARREST: ☒ PC  ☒ WARRANT  ☐ CITIZEN  ☐ OTHER

LOCATION OF OFFENSE: SAME

ARRESTING OFFICER ID #: R. MACKAY #D3

**SUSPECT (2)**

| NAME (Last, First, Middle) | SEX | RACE | D.O.B. | AGE | HGT | WGT | HAIR | EYES | POB |
|---|---|---|---|---|---|---|---|---|---|
| MADDALONE, JOHN | M | W | 02-09-58 | 49 | 509 | 220 | BRN | BRN | VJO/CA |

| RESIDENCE ADDRESS | CITY | ST | YRS | RES. PHONE | DL NUMBER / STATE |
|---|---|---|---|---|---|
| 214 LA CANYADA DR | VJO | CA | | NOPHN | N4989388 / CA |

| BUSINESS NAME AND ADDRESS | CITY | BUS. PHONE | BUILD: ☐ 0=UNK ☐ 1=THIN ☐ 2=MED ☒ 3=HEAVY ☐ 4=MUSCULAR |
|---|---|---|---|
| N/A | — | — | |

| AKA | GANG: ☐ KNOWN ☐ UNK  AFFILIATION: | SSN # 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 | OCCUPATION NONE |
|---|---|---|---|

**VEHICLE (3)**

| LICENSE # | STATE | YEAR | MAKE | MODEL | DISPOSITION OF VEHICLE |
|---|---|---|---|---|---|
| 5YKK663 | CA | 07 | CHEY | 300 | TOWED BY ROR TOW |

**CHARGES (4)**

| CODE SECTION / DESCRIPTION | MISD | FELONY | WARRANT NO. | ISSUING AGENCY | COURT | BAIL |
|---|---|---|---|---|---|---|
| 10851 CVC STOLEN VEHICLE | | X | | | | |
| 472 P.C. FRAUDULENT GOV. SEAL | | X | | | | |
| 14601-1a CVC SUSPENDED LICENSE | X | | | | | |

**IDENTIFICATION OF DEFENDANT (5) / FACTS ESTABLISHING ELEMENTS AND IDENTIFICATION OF DEFENDANT INCORPORATED HEREIN BY THIS REFERENCE. SEE ATTACHED REPORTS.**

MADDALONE WAS ARRESTED FOR DRIVING THE LISTED VEHICLE WHICH WAS
REPORTED STOLEN OUT OF LAS ANGELES. MADDALONE STATED HE KNEW THE CAR WAS
STOLEN. MADDALONE HAD TWO FALSE NEVADA DRIVER'S LICENSES IN HIS POSSESSION
WITH HIS PICTURE AND A FALSE GOVERNMENT SEAL ON THEM. A COMPUTER CHECK
REVEALED MADDALONE'S DRIVERS LICENSE WAS SUSPENDED. MADDALONE WAS
ARRESTED AND TAKEN TO THE STATION FOR BOOKING.

IDP BY COMPUTER.

| VICTIMS AGE N/A | VICTIMS INJURIES N/A | | WEAPON DESCRIPTION N/A |
|---|---|---|---|

| VALUE OF PROPERTY LOSS N/A | TYPE OF PROPERTY N/A | TYPE OF NARCOTICS N/A | QUANTITY N/A | STREET VALUE | WHOLESALE VALUE |
|---|---|---|---|---|---|

☐ BAIL PER SCHEDULE  BAIL SET AT $_____

RELEASED FROM CUSTODY: ☐ BAIL  ☐ PTA  ☐ PC 825  ☐ OTHER

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY INFORMATION AND BELIEF.
EXECUTED ON (DATE): 06-07-07 AT SOLANO COUNTY, CALIFORNIA BY (ARRESTING OFFICER SIGNATURE) R. MACKAY #523

ON THE BASIS OF: ☐ THE OFFICER'S DECLARATION  ☐ REPORTS REVIEWED.  I HEREBY DETERMINE THAT THESE ☐ IS  ☐ IS NOT PROBABLE CAUSE TO
BELIEVE THIS ARRESTEE HAS COMMITTED A CRIME.  DATE: _____  TIME: _____  JUDICIAL SIGNATURE: _____

**CUSTODY INFO (6)**

| COMPLAINTS OF ILLNESS OR INJURY: ☒ YES ☐ NO | EVIDENCE OF ILLNESS OR INJURY: ☐ YES ☒ NO | ☐ COURT ☐ OTHER |
|---|---|---|
| EXPLAIN: SORE RT ELBOW & LFT KNEE | TREATED BY: DR. KOO  LOCATION: SUTTER SOLANO | |

| EMERGENCY NOTIFICATION NAME (Last, First, Middle) NONE | ADDRESS | CITY | RES. PHONE |
|---|---|---|---|

| CASH $865.00 | COIN 0 | TOTAL $865.00 | WITNESS | DATE | TIME |
|---|---|---|---|---|---|

| HOLDS | TRANSPORTING OFFICER KENT | ID # 747 | AGENCY VJO | REVIEWED BY TMR 36) | ENTERED RMS BY: |
|---|---|---|---|---|---|

| OTHER AGENCY NO. 6-8-07 | TIME REC. 0430 | RECEIVING OFFICER(S) Ammerman | BI NUMBER 82523 | BOOKING NO. 07-8945 |
|---|---|---|---|---|

Due Process Violation
Failure to record evidence
Evidence Code Violation

(over)

Exhibit: G

SOLANO COUNTY SHERIFF'S DEPARTMENT
CUSTODY DIVISION

INMATE REQUEST

FACILITY: CLAYBANK  -  VALLEJO  -  FAIRFIELD
(circle one)

NAME: Rufus John Maddalone DATE: 6-13-2007

HOUSING: 2M2          BK NO:

REQUEST: My layer told me to get
Pictures of my broken arm and
injures this should go to the Program director

OFFICER SIGN. AND CALL NO: (W)/146

circle    APPROVED    or    DISAPPROVED

REASON: WE Do NOT TAKE these pictures.
If your injury others want pictures
5/92 SDD 033   HE KNOWS HOW TO GET THEM 1st

Exhibit H

CFMG
California Forensic Medical Group
INCORPORATED

S - SUBJECTIVE
O - OBJECTIVE
A - ASSESSMENT
P - PLAN

Case 2:11-cv-00946-KJM-EFB   Document 1   Filed 04/08/11   Page 48 of 73

NAME: MADDALONE, JOHN    DOB: 2-9-58    BOOKING NO.: 82523
　　　(Last)　　　(First)　　(M.I.)

| PROBLEM(S) TREATED | DATE | PROGRESS NOTES |
|---|---|---|
| Dental Office | 6/8/07 0820 | S: "I have a chipped elbow." Pt apparently fell during arrest & sustained a fx to Rt elbow. Was seen in ER & splint placed. O: Gutter splint present over Rt elbow. Hand warm & mobile. A/P Arrange for Ortho F/U. Pain Med _P. Willey, MD_ |
| Exam Room | 6/12/07 0900 | S: I'm concerned about elbow healing in wrong way before Ortho appt. Also states he doesn't like Vicodin because it constipates him. O: Hand (Rt) sl swollen. Warm mobile. Splint intact. A/P Facilitate ortho appt. change to Ultram _P. Willey, MD_ |
| | 6/18/07 1300 | X-ray shows no fracture. Will d/c splint & clear for custody _P. Willey, MD_ |
| S: Aid Elbow still swollen Pt c/o | 6/18/07 | S: called by CO to tier on IM c/o severe pain (R) elbow) O: Saw IM awake, very angry he is in so much pain, noted (R) elbow swollen, holding (R) elbow to support. P- 98  O₂ Sat 98 %  R- 18  — BP accudm _pw_ |

PROGRESS NOTES

CFMG SOAP1

Exhibit I

**CFMG**
California Forensic Medical Group
I N C O R P O R A T E D

# TB ASSESSMENT FORM

| NAME | Maddalone, John | | DATE: 6/18/57 |
| --- | --- | --- | --- |
| | 2/9/58 BI# 82523 | | |
| DOB | | BOOKING #: | AGE: 49 |

## HISTORY

| Previous Skin Test: | Y/N | When: 2004 | | Where: Hundesser | | Results: NEg |
| --- | --- | --- | --- | --- | --- | --- |
| Previous X-rays: | Y/N | Normal: Y/N | Abnormal: Y/N | | Past INH: Y/N | Completed INH: Y/N |

| Night Sweats: | Y/N | Kidney Disease: | Y/N | Contact with Active T.B.: | | | Y/N |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Cough: | Y/N | Pneumonia: | Y/N | HIV Test: | Y/N | Alcohol: | Y/N |
| Sputum: | Y/N | Bronchitis: | Y/N | Steroids: | Y/N | Smoking: | Y/N |
| Weight Loss: | Y/N | Liver Disease | Y/N | Diabetes: | Y/N | Street Drugs: | Y/N |
| Recent Immigrant: | Y/N | Where: | | | | Homeless: | Y/N |
| BCG Vaccine: | Y/N | When: | | | | Nutritional Compromise: | Y/N |

| .1 CC STU PPD   Given intradermal:   R (L) arm (circle) | Results: 0   mm |
| --- | --- |
| Date: 6/18/07   WT#37259   EX10B7 | Date: 6-10-07 |
| Signature: | Signature: |

COMMENTS: SAme
DAy
Cleared
me for
GP
Put in
Adseg

### Medical Provider's Review

Retest: Y/N   Chest X-ray:   Y/N   Therapy:   Y/N
Public Health Department Notified:   Y/N

**Class**

0   No tuberculosis exposure: not infected (no history of exposure, reaction to tuberculin skin test not significant).

1   Tuberculosis exposure: no evidence of infection (history of exposure, reaction to tuberculin skin test not significant).

2   Tuberculosis infection, no disease (significant reaction to tuberculin skin test; negative bacteriologic studies (if done); no clinical and/or roentgenographic evidence of tuberculosis).

3   Tuberculosis: infection with current disease (M tuberculosis cultured (if done); otherwise, both a significant reaction to tuberculin skin test and clinical and/or roentgenographic evidence of current disease).

4   Tuberculosis: no current disease (history of previous episode(s) of tuberculosis, or abnormal stable roentgenographic findings in a person with a significant reaction to tuberculin skin test; negative bacteriologic studies (if done); no clinical and/or roentgenographic evidence of current disease).

5   Tuberculosis suspect (diagnosis pending).

CFMG-TBAF-2

Provider Signature: Kimia garcia, RN          Date: 7/11/07

Exhibit V

**CFMG**
**California Forensic Medical Group**
INCORPORATED

S - SUBJECTIVE
O - OBJECTIVE
A - ASSESSMENT
P - PLAN

Maddalone, John
2/9/58 BI# 82523

NAME: _____   DOB: _____   BOOKING NO.: _____
(Last)        (First)        (M.I.)

| PROBLEM(S) TREATED | DATE | PROGRESS NOTES |
|---|---|---|
| X | 7/25/07 1000 4DEF | S: ① No change in elbow status. ② c/o severe sinus headache. Normally takes Tylenol sinus w/to relieve. O: ① R elbow ROM unchanged from 6/28/07. ② Supra-orbital tenderness bilat. A: Alteration in comfort related to R elbow trauma ② sinus headache. P: ① Per MD note - needs ortho consult. ② Refer to NP for single dose Excedrin or equiv. [signature] |
| X | 8/1/07 1000 4EKL | S/① Concerns about exposed to TB. Ⓞ States he went to court in Vallejo and was w/ an inmate w/ large redness on PPD site and IM told him that he has TB. ≥ H/A - gone A/P: Knowledge deficit Discussed w/ IM that the other Thy did not have active TB. and he is not infectious Reassurance [signature] |
| | | Request to be followed up by outside Orthopedist for Lt elbow problem [signature] |

**PROGRESS NOTES**

CFMG SOAP1

Exhibit: K

**CFMG**
California Forensic Medical Group
I N C O R P O R A T E D

## DOCTORS ORDERS    ALLERGIES _NKDA_

Maddalone, John
2/9/58 BI# 82523

NAME _____ DOB _____ BKG # _____

| | |
|---|---|
| 7/25/07 | 1) Ortho consult    Copy to Medical Records |
| | 2) Excedrin ii tabs PO x i now |
| | V.O. Lily Chan, FNP / Henson |
| | — noted 7/25/07 1105  Office |
| | |
| 7/30/07 | At court R.S. |
| 100V | run n |
| | noted Maria Garcia, RN 7/31/07 @ 1730 |
| 7/30/07 | VO Dr. Kadevari / Kari Garcia, RN |
| 1700 | 1) Garcett cancel ortho consult — Maria Garcia, RN |
| | noted Maria Garcia, RN 7/30/07 @ 1730 |
| | |
| 8/10/07 | 1) Motrin 800 x 7 6u Bid x 10 days |
| | 2) ice (R) elbow prn - for comfort web |
| | 3) Pru in 2 weeks |
| | noted Maria Garcia, RN |
| | 8/10/07 @ 2215 |
| | |
| 8/24/07 | Prv in 2 weeks |
| | noted ____ 8/24/07 1545 |
| 8/27/07 | 1) X-ray of (R) Elbow on 8/29/07. 2° ch. (R) elbow pain. |
| | 2) Prv my 8/30/07 |
| | noted ____ 8/27/07 |

CFMG DO1

Exhibit C



# Solano inmate was refused medical treatment

**BY JESS SULLIVAN**
*DAILY REPUBLIC*

FAIRFIELD — A Solano County jail inmate doing time for a minor crime was recently denied medical treatment for his serious, potentially deadly illness.

Toby C. Lanzarin was diagnosed with Hepatitis C before he was locked up in July for violating his probation in a driving under the influence case.

Worried about his deteriorating health Lanzarin talked to a member of the jail medical staff who typed a letter responding to the inmate's concerns.

The letter, read in part, "Due to the extensive process, and cost for this treatment, the county has no obligation to treat this disease."

Lanzarin turned to his attorney, Brian Watson, who then turned to Judge Ramona Garrett. She was not pleased.

Garrett learned last week of the health care denial and the excuse offered by the jail.

"Thomas Norris, the jail's nursing manager, had no explanation for the federal statute for jails Norris was quick to renounce it and the diagnosis.

Reach Jess Sullivan at 427-6919 or jsullivan@dailyre-public.net.

## Grievance Detail for Grievance Number:   | 7001887 |

| | |
|---|---|
| **Grievance Num:** | 7001887 |
| **Grievance Date:** | 06-19-2007 22:28 |

| | | | |
|---|---|---|---|
| **Subject#1:** | HOUS | **Subject#3:** | APAN |
| **Subject#2:** | APPL | **Subject#4:** | |

**Fac:** 1   **Flr:** 4   **Mod:** F

**Location:** CELL-16

**Summary:** | INMATE GRIEVING ABOUT HIS HOUSING ASSIGNMENT. |

**Routed To:** Lt. Bradford for second level appeal

**Action Officer:** SGT. MARSH                    **Action Date:** 06-22-2007 17:30

**Action Taken:** see narrative

**Appeal Investigator:** T NORRIS

**Appeal Result Code:** DENY

**Appeal Summary:** See narrative

### Linked Inmates

| BI | BookNum | Inmate Name | Status | Fac | Flr | Mod | Cell | Bed |
|---|---|---|---|---|---|---|---|---|
| 82523 | 2007008945 | MADDALONE, JOHN | IN | 1 | 4 | F | 16 | B |

**Narrative ID:** 74228

| | | | | | |
|---|---|---|---|---|---|
| **Orig Officer:** | SHC177 | **Update Officer:** | | **Cng ID:** | SHC177 |
| **Orig Dt:** | 06-22-2007 17:3 | **Update Dt:** | | **Cng Dt:** | 06-22-2007 17:3 |

In response to your grievance #7001887 dated 061907 in which you grieve that your arm still hurts and you wish to be housed in the medical wing, submit a sick slip to medical staff and explain to medical staff as to your ailment.|

**Narrative ID:** 74425

| | | | | | |
|---|---|---|---|---|---|
| **Orig Officer:** | SHC190 | **Update Officer:** | | **Cng ID:** | SHC190 |
| **Orig Dt:** | 06-29-2007 13:4 | **Update Dt:** | | **Cng Dt:** | 06-29-2007 13:5 |

2nd level review.  Review of medical record and grievance # 7001887
Mr. Maddalone has grieved that he is on AdSeg status instead of on the medical wing. Review of the information provided — currently Mr. Maddalone has an injury that is healing and is |

being followed by jail medical. Not all inmates with a medical condition can be housed due to limited bed space on the M wing.  Mr. Maddalones condition does not require ongoing medical supervision and thus does not need to be housed on the medical modu|

le. For safety and security reason, Mr. Maddalone is being housed on AdSeg status until he can be housed with general population.  Appeal Denied.|

2 of 2

2of2

## Grievance Detail for Grievance Number: | 7001887 |

**Narrative ID:** 74477

| **Orig Officer:** | SHC33 | **Update Officer:** | | **Cng ID:** | SHC33 |
| **Orig Dt:** | 07-02-2007 09:0 | **Update Dt:** | | **Cng Dt:** | 07-02-2007 09:0 |

Mr. Maddalone;

This second level response to your grievance exhausts your administrative remedies.|

## Grievance Detail for Grievance Number: | 7001901 |

| | |
|---|---|
| **Grievance Num:** | 7001901 |
| **Grievance Date:** | 06-20-2007 17:00 |

| | | | |
|---|---|---|---|
| **Subject#1:** | MED | **Subject#3:** | APAN |
| **Subject#2:** | APPL | **Subject#4:** | |

**Fac:** 1    **Flr:** 4    **Mod:**

**Location:** 4-F-16

**Summary:** INMATE MADDALONE GRIEVES THT HE IS NOT RECIEVING PROPPER MEDICAL ATTENTION

**Routed To:** MEDICAL

**Action Officer:** K PURCELL RN    **Action Date:** 06-25-2007 17:00

**Action Taken:** see narrative

**Appeal Investigator:** T NORRIS

**Appeal Result Code:** DENY

**Appeal Summary:** See Narrative

*Linked Inmates*

| BI | BookNum | Inmate Name | Status | Fac | Flr | Mod | Cell | Bed |
|---|---|---|---|---|---|---|---|---|
| 82523 | 2007008945 | MADDALONE, JOHN | IN | 1 | 4 | F | 16 | B |

**Narrative ID:** 74183

| | | | | | |
|---|---|---|---|---|---|
| **Orig Officer:** | SHC423 | **Update Officer:** | | **Cng ID:** | SHC423 |
| **Orig Dt:** | 06-21-2007 13:5 | **Update Dt:** | | **Cng Dt:** | 06-21-2007 13:5 |

Grievance received by medical. KPRN|

**Narrative ID:** 74288

| | | | | | |
|---|---|---|---|---|---|
| **Orig Officer:** | SHC423 | **Update Officer:** | | **Cng ID:** | SHC423 |
| **Orig Dt:** | 06-25-2007 17:0 | **Update Dt:** | | **Cng Dt:** | 06-25-2007 17:1 |

In response to your grievance dated June 20, 2007; complaining of medical treatment for broken right elbow stopping; You have been followed by the doctor and medical staff closely for your elbow injury. X-ray results from Sutter and from those taken her|

e at the facility confirm there is no fracture to your elbow. Sutter thought there might be a fracture on your right arm, near the elbow, this was ruled out on further x-rays.    You have been instructed in slowly increasing your movement of the elbow. |

You continue to receive Tylenol for your injury. The medical staff will continue to monitor your condition.|

2 of 2

2 of 2

## Grievance Detail for Grievance Number:  | 7001901 |

**Narrative ID:** 74424

| **Orig Officer:** | SHC190 | **Update Officer:** | **Cng ID:** | SHC190 |
|---|---|---|---|---|
| **Orig Dt:** | 06-29-2007 13:4 | **Update Dt:** | **Cng Dt:** | 06-29-2007 13:4 |

2nd Level Review. Review of Medical Record and Grievance # 7001901
Mr. Maddalone initial grievance stated lack of care to his right elbow. His appeal states his elbow
continues to give him problems and he requires treatment. In review of Mr. Maddalon|

es medical record, it appears he has been seen by the jail medical staff, the most recent on 6/28/07.  It
appears the MD has examined him, they have reviewed the x-ray results together and it appears he will be
followed by the jail health care staff.  Ca|

re appears to be appropriate.  Appeal denied.|


**Narrative ID:** 74479

| **Orig Officer:** | SHC33 | **Update Officer:** | **Cng ID:** | SHC33 |
|---|---|---|---|---|
| **Orig Dt:** | 07-02-2007 09:1 | **Update Dt:** | **Cng Dt:** | 07-02-2007 09:1 |

Mr. Maddalone;
This second level response to your grievance exhausts your administrative remedies.|


*Exhibit O*

## Solano County Custody Division
## Grievance Summary for Grievance Number: 7002364

---

**Grievance Num:** 7002364

**Grievance Date:** 08-06-2007 16:20

**Subject#1:** MED

**Subject#2:**

**Location:** Fac: 1     Flr: 4     Mod: F

CELL 16

**Summary:** INMATE MADDALONE,JOHN STATES THAT HIS MEDICAL REQUEST TO HAVE HIS BROKEN ELBOW LOOKED AT HAVE BEEN IGNORED.

**Routed To:** MEDICAL

---

| *Linked Inmates* | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BI | BookNum | Inmate Name | Status | Fac | Flr | Mod | Cell | Bed |
| 82523 | 2007008945 | MADDALONE, JOHN | IN | 1 | 4 | F | 16 | B |

Exhibit Q



# CITY OF VALLEJO

POLICE DEPARTMENT

111 AMADOR STREET  •  VALLEJO  •  CALIFORNIA  •  94590-6301  •  (707) 648-4321  •  FAX (707) 648-4490

March 20, 2008

John Maddalone
500 Union Avenue
Fairfield, CA  94533

Dear Mr. Maddalone:

The Internal Affairs Unit of the Vallejo Police Department received your complaint on March 18, 2008.  As we continually strive to ensure professional and ethical service to the public, we would like you to know that your complaint will be given serious consideration.  You will be contacted for additional information as part of the investigation of your concerns.

Sincerely,

Vic Massenkoff
Sergeant of Police
Internal Affairs Unit
Professional Standards Division

File: CC 2008-04

Exhibit R



# CITY OF VALLEJO

POLICE DEPARTMENT

111 AMADOR STREET  •  VALLEJO  •  CALIFORNIA  •  94590-6301  •  (707) 648-4321  •  FAX (707) 648-4490

August 26, 2008

Mr. John Maddalone
500 Union Avenue
Fairfield, CA  94533

Re: Citizen Complaint #2008-04

Dear Mr. Maddalone

We received your complaint on March 18, 2008. The initial complaint was reviewed at
the time by Sergeant Massenkoff. Since your matter is currently being prosecuted by
the Solano County District Attorney's Office and is set for trial on September 17, 2008,
our investigation will be suspended until the completion of the criminal proceedings.

While you have outlined numerous allegations, several aspects are likely to be
addressed within the criminal courts. Regardless, the investigation will resume on all
issues once the court has looked into the issues from that side.

Sincerely,

Mark Nicol
Sergeant of Police
Professional Standards Division
Internal Affairs Unit
(707) 648-4696

Exhibit: S

SIERRA CONSERVATION CENTER

PHYSICIAN/PROVIDER: Michael Forster, M.D. ___ 11/10/09

MADDALONE, John
DOB: 02/09/1958
#G41773

**LEFT ANKLE**   10/29/2009

CLINICAL DATA: History of old ORIF with pain and palpable hardware at the medial malleolus. Question loose screws.

FINDINGS: Three views. No comparison available. There is deformity of the fibula related to healed fracture. A surgical rod is in place. No lucency around the hardware to suggest any abnormal motion. There is a threaded screw traversing an ununited fragment of the medial malleolus, and extending into the tibia. Margins of the fracture are sclerotic with separation about 1 mm. There is no lucency around the hardware to suggest abnormal motion and the screw appears intact.

IMPRESSION; Old bimalleolar fracture with internal fixation. The fibula fracture has healed with deformity. Medial malleolus fragment is ununited, but well aligned.

LUCY MILLER, M.D.
Diagnostic Imaging Department
Mark Twain St. Joseph's Hospital
San Andreas, CA 95249

LM/bap
D: 11/03/2009
T: 11/05/2009

RE:     **MADDALONE, JOHN**          *Exhibit : T*               *Cme*
CDC#:  **G-41773**
DOB:   **2-09-58**
DATE: **2-01-10**


CC:     This is a specialty services followup for chronic left ankle pain.

S:      See previous notes regarding his chronic left ankle problems. The patient has hardware from previous fractures with poor healing. He did recently see the inhouse orthopedist who recommended referral to a specialist at a university level. The patient apparently is at high risk for developing severe arthritis of his ankle. According to the inmate, the orthopedist stated that if he did not have something taken care of in the near future, he could end up with disabling arthritis requiring an ankle fusion. The inmate states there is a dilemma in that he would like to follow up at UC Davis because of their excellent reputation, however he is also endorsed to go to a facility in San Luis Obispo because of his disability needs. He has been endorsed to CMC West, and as far as he knows there are no university medical centers around there. He understands he does not have any say in the matter as to where he goes, but he is wondering how he will get specialized orthopedic care if he is in San Luis Obispo.

O:      I just saw the patient a couple of weeks ago and examined his ankle. This is not redone today. Besides, he just saw the orthopedist.

A/P/E:

1.      Chronic left ankle problems. <u>The inhouse orthopedist recommended referral to a specialist at UC Davis.</u> The patient has been <u>endorsed</u> to <u>transfer to CMC West in San Luis Obispo because of disability issues.</u> I do know that disability issues take precedence over nonemergent medical referrals. I will ask our Chief Medical Officer if he has any idea as to what would happen in this case, but I do think that the transfer for disability reasons takes precedence and I am sure, and told the inmate, that a place like CMC West would have access to good specialists in all areas. My dilemma personally is do I submit a request for the specialty referral to UC Davis, which may put him on another medical hold, or do I hold off and allow him to transfer? I will ask the Chief Medical Officer or Physician and Surgeon today. The patient is asking for pain medications, so I will prescribe Indomethacin 50 mg three times a day to be taken with meals. I will also prescribe ranitidine for gastric protection.

Next Visit:     I will see him back in four to six weeks for routine followup.

E:      The RFS process was discussed. Medications were discussed.


M. FORSTER, M.D.                                   MF/tmj     D: 2-01-10     T: 2-05-10


FEB 1 7 2010

The following shall be completed by CDCR health care staff only. Inmates shall answer all questions.
Complete a CDCR Form 7277-A also for all female inmates (circle One)

Case 2:11-cv-00946-KJM-EFB Document 1 Filed 04/08/11 Page 62 of 73

| INMATE NAME | CDCR NUMBER | | DATE OF BIRTH |
|---|---|---|---|
| MADDALONE, JOHN | G41773 | | 2-9-58 |

| RECEIVING INSTITUTION | SENDING INSTITUTION | ARRIVAL DATE | ARRIVAL TIME |
|---|---|---|---|
| CMC-West | CTF | 2/11/2010 | 0900 |

| Vital Signs: B/P 125/83 | Pulse: 74 | Weight: 218 | 97.1 |
|---|---|---|---|

| | YES | NO |
|---|---|---|
| 1. Does the inmate have a primary language other than English? If so, What is primary language?_____ | YES | NO |
| 2. Are you currently under a doctor's care for medical reasons? If "yes," describe conditions:_____ S/P ORIF- Ankle -1999 (2 ro7 FX), BPH | YES | NO |
| 3. Are you taking any medications? If "yes," list medications:_____ | YES | NO |
| 4. Did medication arrive with patient? | YES | NO |
| 5. Have you been seen, or are you scheduled to be seen by a specialist/physician either inside or outside of the prison? If "yes," describe condition: _____ | YES | NO |
| 6. Do you have any special health care needs or current medical complaints, including drug withdrawal symptoms? If "yes," please describe. _____ | YES | NO |
| 7. Do you have any physical deformity or disability? If "yes," describe. (Refer to Physician for completion of CDCR 1845, if applicable): Has 1845- Mobility Impairment | YES | NO |
| 8. Do you use any health care appliances such as dentures? If "yes," list: _____ | YES | NO |
| 9. Do you have any of the following?: Cough, Fever, Night Sweats, Unexplained weight loss. Please list:___ | YES | NO |
| 10. Do you have any allergies? If "yes," please list: _____ | YES | NO |
| 11. Does the inmates meet the Elevated Risk Criteria for Valley Fever? | YES | NO |
| 12. Does patient have any significant dental problems or dental pain? | YES | NO |
| 13. Do you have a mental health problem? | YES | NO |
| 14. Have you recently received bad news? | YES | NO |
| 15. Have you ever been treated for a mental illness? | YES | NO |
| 16. Have you been hearing voices or seeing things that are not there? | YES | NO |
| 17. Have you had any thoughts of hurting yourself or others in the past year? | YES | NO |
| 18. Are you thinking of committing suicide now or have you ever attempted suicide? | YES | NO |
| 19. Does the inmate appear disoriented to time, place or person? | YES | NO |
| 20. Does the inmate appear to have difficulty understanding the questions or in making appropriate responses to them? Explain: _____ | YES | NO |

Additional Comments:
☑ See Form 7230                                    ☐ Medical Activity Card Issued (For Access to Medication Line)
☐ Interpreter Provided:_____                ☐ Pass Issued

| Release to custody? | RN/MTA Signature: M Seis, R | Date: 2/11/10 | YES | NO |
|---|---|---|---|---|

RN DISPOSITION

Referral Required? If yes, when? ☐ Immediately ☐ Within 24 hours ☐ Within 72 hours ☐ Refer to: _____
RN Signature:_____ Date: _____

CDCR NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Exhibit: U

G41773

MADDALONE, JOHN

STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS AND REHABILITATION
INITIAL HEALTH SCREENING (ALL INSTITUTIONS)
CDCR 7277 (Rev. 05/07)

Case 2:11-cv-00940-KJM-EFB Document 1 Filed 04/08/11 Page 63 of 73

*Exhibit . V*

**Version 3.1.1**

Summary    Bed Inventory    ADA/EC History

Generate Reports / Get Help / Report a Problem / Log Ou

CDC # : | G41773 |    Search            CDC Number: G41773, MADDALONE, JOHN

## Summary

### Offender/Placement

| | |
|---|---|
| CDC #: | **G41773** |
| Name: | **MADDALONE, JOHN** |
| Institution: | **Unknown** |
| Bed Code: | |
| Placement Score: | **24** |
| Custody Level: | **Medium B** |
| Placement Factor: | |
| Housing Restrictions: | **Lower/Bottom Bunk, Lower Tier, No Stairs in the Path of Travel, No Triple Bunk** |
| Physical Limitations: | **No Climbing, May Not Work at Heights, PERMANENT 12 Months** |

### Disability/Assistance

| | |
|---|---|
| DDP Code: | **NCF** |
| DPP Codes: | **DNM** [History] |
| 1845 Date: | **12/01/2009** |
| MHSDS Code: | **GP** |
| SLI: | |
| Primary Method: | |
| Alternate Method: | |
| Learning Disability: | |
| TABE Score: | **12.9** |
| TABE Date: | **01/09/2009** |
| Healthcare Appliances: | **Cane, Mobility Vest, Shoes** |
| Dialysis: | **No** |
| Last Accomm: | **Cane** |
| Spoken Languages: | |

### Important Dates

| | |
|---|---|
| Pending Revocation: | **No** |
| Revocation Date: | |
| Date Received in CDCR: | **12/15/2008** |
| Last Return Date: | |
| Extended Stay Date: | **02/13/2009** |
| Extended Stay Privileges? | |
| Release Date: | **03/16/2011** |
| 120 Day Date: | **11/16/2010** |
| Next IDST Date: | |

### Work/Vocation/PIA

**1**

Group Priv:
Group Work:
Start Date:
Status:
Job Position:
Job Title:
IWTIP Code:
IWTIP Description:
Regular Day Off:
Work Hours:

### Accommodation History

| | | |
|---|---|---|
| 03/09/2010 | Classification Hearing | Cane |

Exhibit (N)

April 20,2009

John Maddalone
G41773
SCC
5150 O"Byrnes Ferry Road
Jamestown, CA 95327

Mr. Tom Norris
Solano County Jail
500 Union Avenue
Fairfield CA 94533'


Dear Mr. Norris;
I am attempting to locate two employees in your medical department
at the Solano County Jail. I need thier assistance to help clarify
my medical records of 2007 while in custody at the jail.
The first is a Dr. by the name of P.willey and the second is a P.A.
by the name of Thompson. I know she(thompson ) worked at the jail
thru at least Oct. 2008 as I saw her there as an inmate and patient.
I also need to know if they ( Willey & Thompson) were actually employed
directly by the County of Solano or if the actually worked for
California Forensics Medical Group as well as contact information for
CFMG. Any assistance you could lend me in this matter would be greatly
appriciated.


                                        Sincerly

                                        John Maddalone

Date: June 1 ,2009                    Exhibit : X

John Maddalone
G41773
SCC
5150 O'Byrnes Ferry Road
Jamestown,CA 95327

Mr. Tom Norris
Solano County Jail
500 Union Avenue
Fairfield,CA 94533


Dear Mr. Norris;
I am writing this letter as a follow up to my letter of 4/20/09.(please)
find enclosed copy) I am still attempting to locate two medical employees
at the Solano County Jail. I also need to know if your medical personel
are employees of Solano County or California Forensic Medical Group,
( the company who's logo is at the heading of my medical record).
If so I also need contact information for CFMG Inc.

Once again this letter is in refrence to my letter of 4/20/09 RE: Dr.
Willey and P.A. Thompson. Any response from your office would be greatly
appreciated. I anxiously await your reply.




                                        Sincerly,



                                        John Maddalone

```
 1
 2
 3
 4
 5
 6
 7                          MADDALONE PURSUIT DAD
 8                            Q=Ofc. Robert Mackay
 9                              Q1=Dispatch
10                                Q2=Man
11                                Q3=Man
12                                Q4=Man
13                                Q5=Man
14                                A=Man
15
16
```

17  Q:        Code (unintelligible) 33, vehicle (unintelligible).
18
19  Q1:       Code 33, what's your lock on Winchester, I'll just (unintelligible) that way?
20
21  Q:        2-44, vehicle's going to be turning, uh, eastbound on, uh, 5th Street from
22            Winchester.
23
24  Q1:       Eastbound 5th on Winchester.  2-43, can you also start that way?
25
26  Q2:       (Unintelligible).
27
28  Q:        2-44, just confirm the plate, 5-yellow-king-king-6-6-3, currently, uh, 5th at
29            Magazine.
30
31  Q1:       Firm, 5th and Magazine.
32
33  Q:        (Unintelligible).
34
35  Q1:       Firm.
36
37  Q:        2-44, currently Magazine approaching Pine.
38
39  Q1:       Magazine and Pine.  10-3, you copying this?
40
41  Q3:       (Unintelligible) at Magazine and Pine?
42
43  Q1:       A firm.
44
45  Q4:       (Unintelligible)30.

| | | |
|---|---|---|
| 46 | | |
| 47 | Q1: | (Unintelligible)30, where you at? |
| 48 | | |
| 49 | Q4: | I'm eastbound on Pine, uh, no traffic speed is about 40 miles per hour. |
| 50 | | |
| 51 | Q3: | 10-3, I'm behind. I'll follow in pursuit. |
| 52 | | |
| 53 | Q1: | 10-3. |
| 54 | | |
| 55 | Q3: | Looks like we're going to be on 6th Street, doing about 40 miles an hour, |
| 56 | | traffic is light, and we're going to continue, uh, northbound, um, on Sheridan |
| 57 | | about 55 miles an hour.  (Unintelligible) getting ready to foot bail.  On |
| 58 | | Cherry. |
| 59 | | |
| 60 | Q1: | 10-3, (unintelligible). |
| 61 | | |
| 62 | Q1: | (Unintelligible) speed at Sheridan and 5th. |
| 63 | | |
| 64 | Q1: | Copy. Sheridan and 5th. |
| 65 | | |
| 66 | Q3: | Code 4, subject's (unintelligible). |
| 67 | | |
| 68 | A: | (Unintelligible). |
| 69 | | |
| 70 | Q3: | (Unintelligible). |
| 71 | | |
| 72 | A: | (Unintelligible). |
| 73 | | |
| 74 | Q1: | Copy.  (Unintelligible).  Canceling Code 33 at 1914. |
| 75 | | |
| 76 | Q5: | (Unintelligible) 6th and (unintelligible). |
| 77 | | |
| 78 | Q1: | (Unintelligible). |
| 79 | | |
| 80 | Q: | Uh, (unintelligible) confirm there's a 300 Chrysler down there. |
| 81 | | |
| 82 | Q1: | 3-(unintelligible) firm on 300 Chrysler, plate 5-yellow-king-king-6-6-3. |
| 83 | | |
| 84 | Q: | 10-3, 3-44. Hi, (Bob), can you check him real quick to see if he's got |
| 85 | | concealants? |
| 86 | | |
| 87 | | |
| 88 | | This transcript has been reviewed with the audio recording submitted and it is an accurate |
| 89 | | transcription. |
| 90 | | Signed_____ |

**SPECIAL**
**INVESTIGATIONS**
**GROUP, INC.**

*Exhibit : Z*

823 Jefferson St., Ste D, Fairfield, CA 94533
**Tel** (707) 421-0388 **Fax** (707) 421-2872
Lic. No. PI 23274 / PI 19054
*Specialinvestigation@msn.com*


John Maddalone
Defendant in Pro Per
530 Union Ave.
Fairfield, CA 94533

**<u>CONFIDENTIAL ATTORNEY WORK PRODUCT</u>**
*Re: People v John Maddalone – VCR190587*
*Subj: Dispatch Recording*

Mr Maddalone,

Upon your request to further review the tape and its transcript from the District attorney's office I submit to you the following;

While listening to the tape I found multiple problems with the transcript.  Primarily none of the officers beside Mackay are identified by name.  All the additional officers, who may be percipient witnesses are written as "man".  In several instances pained screaming of the detained is written simply as unintelligible.  The last line is also mistranslated as "see if he's got concealants(sp)".  The tape instead states, "see if he's got the key on him".  Finally the transcript is unsigned.

Neither the tape or the transcript contain the same information as the CAD printout.  We need all responding officers names and badge numbers.  Without the corresponding information the tape and its transcript are essentially useless.

Sincerely,

Nick Russo

Dear Sir/Maam

Good day, My name is John Maddalone and I am writing you to file a formal complaint against Vallejo police officers Mackay - ID#523, Sgt Park ID # 536 and any and all other officers found to be involved in the incidend and assault against me. This complaint is for assault under color of authority, filing a false police report, perjury and signing papers, reports under penalty of perjury knowing them to be false, denyal of medical care, torture and any and all other criminal acts committed against me in the Course of this investigation.

The incident unfolded as follows: June 7th, 2007 Aprox 7:45 I had borrowed a car from an associate, know only to me as Danny C. (I actually gave him, Danny $30.°° to use the car for 1 evening) As soon as I got into the car, a Vallejo police care got on my bumper and followed me. I looked in the rear view mirror and felt, by the officers facial expression something was wrong. After being followed about 4 or 5 blocks I thought it would be best to go back and get Danny as the car was in his name and I wasn't on the contract. As I turned the corner to go back the officer put the lights on me. Since I wasn't on the paperwork and the house was about 4 blocks I felt it would be prudent to go get Danny (the renter of the car) to talk to the police. About 2 blocks short of the house a red car blocked my path. I got out of the car and surrendered to some officers on the sidewalk. They (officers) had thier guns drawn and pointed at me and my hands were up in the surrender position. The officers told me not to move or they would blow my head off, but made no move to handcuff me. They just held me at gunpoint. After about a minute according to the C.A.D. report, but what felt like an hour to me, I heard footfalls behind me and heard the Sgt next to me say, "Here comes the pain." As I turned to look behind me I was hit from behind with a full force tackle

by an officer later identified to me as R. Mackay
ID # 523. He, Mackay, knocked the wind out of me
from behind and I was already being held at gunpoint
and in compliance with the arresting officers commands.
He, Mackay, then took my head in both of his hands
and slamed my face into the sidewalk while sitting
on my back. I tried to cover my face with my arms to
protect myself but my arms were pulled away from
my face and I felt the officers knees on the back
of my head and neck, grinding my face into the ground.
I then felt my arms being twisted behind my
back. The Sgt just twisted my left arm behind
my back with his knee on the back of my head but
Mackay to my right arm, straightened it out for
leverage and using his full body weight twisted
my arm till I heard and felt it snap. (This can
be clearly heard on the copy of the dispatch CD I
obtained through discovery.) [IT, the CD is in the posetion
of my Investigator, Nick Russo, of Special Invest
igations Group Inc.] I screamed in pain and this
must have been very funny to the officers there as
they all laughed, and began to mock me. As the Sgt
and Mackay picked me up by my arms and I scream
again they laughed and taunted me saying,"Thats what you
get for driving a stolen car asshole." I told them
the car wasn't stolen and I could take them to the
guy I got the car from. He was at the house I
just left and I knew where he was staying.(a
motel) Even though Mackay said in his police
report he saw where I came from he refused to
take me back there or even go himself in light of
this evidence. (The police report states Mackay ran
after me and tackled me but the CAD report proves
I was in custody for about a minute before he arrived.
He also states in the police report that I said I knew
the car was stolen. This is a lie, I told Mackay he

could find the cars renter at the house he saw me come from but he never went there to check, even though the CAD report say they (police) were out there till almost midnight. This is filing a false police report, a felony because I'm being charged with a felony offence. At the station I was cuffed to a bench by my broken arm and as I screamed in pain, all the officers mocked me saying "Thats what you get for driving a stolen car." I was held at the Vallejo police dept. from about 8:00pm till after 1:00 Am and all that time I was denied medical care eventhough I begged every officer I saw.

I also want to point out that all this time the officers refused to turn on the phone in the cell so I could call family, a bail bondsman or a lawyer in violation of my rights. On page 3 of the police report Mackay says I told him and an officer Bassett that one of the IDs he found was real and the other was a novelty Item is also a lie. It's a really stupid lie if you think about it, how could anyone say out of two identical IDs one is real and one is not. This is, I believe an example of an officer trying to cover up and justify his use of excessive force, and basicaly tourtureing me by taunting me about my injury and denying me medical care.

My arm or rather my elbow was broken by Mackay (see Sutter Solono Hospital papers) I also want to report the abusive behavior of the transport officer, An officer Kent. He (Kent) transported me along with other in mates to the Solano County jail. When I told him of my injury he told me to shut up. At the jail, The intake nurse took one look at my arm, called over a supervising officer and told "I can't accept this man into The jail until he's cleared by the hospital. His arm's not supposed to look like that." When the supervising

(4)

deputy told him (Kent) he had to take me to the hospital Kent went postal. Kent started yelling and screaming at me to "man up" and to tell everyone I was faking and yelled there was nothing wrong with me. This should all be on the jails cameras in the booking area. Maybe you'll have better luck then me as far as requesting them. (Tapes, CD's or whatever they record on for the date of 6/8/07 between midnite and 2:AM. He (Kent) ranted, raved and screamed and verbally abused me for a good 20 minutes. The supervisor made Kent take me to the hospital and he got on and off freeway ramps from Fairfield to Vallejo at high rates of speed while I flew around the back of the Van, no seat belt, handcuffed and sliding on the metal seat, furthure injuring me. At the Hospital Kent threw another fit, obviously intimidating the Drs and medical staff and trying to trivalize my injuries. He even went so far as to tell medical staff I was faking and nothing was wrong with me. He was very intimidating to me and the hospital staff. I was X-rayed, given a soft cast because my arm was too swollen for a hard cast and treated for various injuries. (See hosp papers) I was told to see an orthopedic surgeon in 3 days.

I must demand a full investigation into this incident as all other recourse has failed to produce results. I also must insist on personally speaking with the investigators myself my evidence consits of the following:

1) Copy of the dispatch CD in my investigators possession
2) A copy of the CAD report and a letter from the D.A. identifying the officers by call signs.
3) the perjered police report
4) hospital discharge papers.
5) papers in police report signed under penalty of perjury by Mackay.
6) other misc. evidence, statements ect.

(5)

I am sending copies of this complaint to :

1) Govenor Arnold Schwartzenegger
2) Attorney General Edmond G. Brown
3) State Senator Gloria Romero
4) State Senator Mike Mercado
5) Congress woman ELLEN TAUSCHER
6) Assembly woman Lois Wolk
7) U.S. Dept of Justice
8) My investigator.
9) Any and all other investigations agencys of intrest or jurisdiction as revealed to me.


Dated 3/ 08                     Complaintand
                                John Maddalone