IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MADDALONE,

    Plaintiff,                    No. 2:11-cv-0946 EFB P

    vs.

SOLANO COUNTY, et al.,

       Defendants.         <u>ORDER</u>

                                /

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On December 5, 2012, the court directed plaintiff to submit documents for service of process on defendants, including ten copies of the complaint. On January 7, 2013, plaintiff submitted ten copies of the complaint, but failed to submit copies of the complaint's exhibits. On February 12, 2013, plaintiff resubmitted copies of the complaint, along with its exhibits.

       Upon review of the documents submitted, it is apparent that plaintiff has not submitted copies of the endorsed complaint. That is, plaintiff has filed copies of a complaint that is different than the complaint filed with and stamped by the court. The copies submitted by plaintiff do not bear the court's stamp, are not signed, and are not dated. Plaintiff appears to have re-typed the complaint and made numerous changes throughout the pleading, including the

1  addition of new exhibits.  He has therefore failed to comply with the court's order.  The court
2  will grant plaintiff one final opportunity to comply.
3      Accordingly, it is HEREBY ORDERED that:
4      1.  The Clerk of the Court shall provide to plaintiff a copy of the endorsed June 18, 2012
5  amended complaint;
6      2.  Plaintiff has 21 days from the date of this order to submit ten *complete* and *endorsed*
7  copies of the June 18, 2012 complaint, without modification;
8      3.  Plaintiff failed to respond to the court's order filed on April 14, 2011, Dckt. No.
9  3, directing that he complete and return the form indicating either his consent to jurisdiction
10 of the magistrate judge or request for reassignment to a district judge.  Accordingly, The Clerk of
11 the Court shall re-serve plaintiff with the Order Re Consent of Request for Reassignment.
12     4.  Failure to comply with this order may result in this action being dismissed.
13 Dated:  March 4, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MADDALONE,

     Plaintiff,                      No. 2:11-cv-0946 EFB P

     vs.

SOLANO COUNTY, et al.,

     Defendants.             <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      __10__        complete copies of the endorsed June 18, 2012 complaint

Dated:

                                                          Plaintiff

3