IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MADDALONE,

      Plaintiff,                    No. 2:11-cv-0946 EFB P

     vs.

SOLANO COUNTY, et al.,

      Defendants.            ORDER AND
                                              FINDINGS AND RECOMMENDATIONS[1]

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On March 4, 2013, the court directed plaintiff to, within 21 days, submit ten complete and endorsed copies of the June 18, 2012 complaint, for service of process on defendants. The court warned plaintiff that failure to comply with the order could result in dismissal of his case. The time for acting has passed and plaintiff has failed to comply with or otherwise respond to the court's order.

     Accordingly, it is HEREBY ORDERED that the Clerk of the Court shall randomly assign a United States District Judge to this case.

---

[1] Because plaintiff failed to respond to the court's orders (Dckt. Nos. 3 & 23) directing that he complete and return the form indicating either his consent to jurisdiction of the magistrate judge or request for reassignment to a district judge, a United States District Judge will be assigned to this case.

1

Further, it is hereby RECOMMENDED that this action be dismissed for failure to prosecute. Fed. R. Civ. P. 41(b); E.D. Cal. Local Rule 110.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: April 1, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE