UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN MADDALONE,

        Plaintiff,

   v.

SOLANO COUNTY, et al.,

        Defendants.

No.  2:11-cv-946-KJM-EFB P

ORDER

     In this action, the United States Marshal has requested reimbursement of expenses incurred in personally serving defendant Barrientos.  ECF Nos. 51, 52.

     This court previously ordered the Marshal to serve process upon defendant Barrientos. ECF No. 30.  The Marshal was directed to attempt to secure a waiver of service before personally serving any defendant.  *Id.*  However, if a waiver of service was not returned within 60 days as to any defendant, the Marshal was directed to (1) personally serve that defendant without prepayment of costs under Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c); and (2) file the return of service with evidence of attempts to secure a waiver and costs subsequently incurred in effecting personal service.  *Id.*

     The form USM-285/Process Receipt and Return filed by the Marshal on August 29, 2013, shows that the Marshal mailed defendant Barrientos a waiver of service on April 23, 2013.  ECF. No. 51.  The form also includes a notation that the waiver of service was not returned.  *Id.*  The

1

Marshal was therefore required to complete personal service on defendant Barrientos. The form shows total charges for personally serving defendant Barrientos of $64.13. *Id.*

    Rule 4 of the Federal Rules of Civil Procedure provides, in pertinent part:

> An individual . . . that is subject to service under Rule 4(e), (f), or (h) has a duty to avoid unnecessary expenses of serving the summons.
>
> . . .
>
> If a defendant located within the United States fails, without good cause, to sign and return a waiver requested by a plaintiff located within the United States, the court must impose on the defendant the expenses later incurred in making service .
> . . .

Fed. R. Civ. P. 4(d)(1)-(2).

    Thus, the Marshal may be entitled to the costs sought, as it appears that defendant Barrientos was given the opportunity required by Rule 4(d)(2) to waive service but failed to do so.

    Accordingly, the court hereby ORDERS that:

    1. Within 14 days from the date of service of this order, defendant Barrientos shall pay to the United States Marshal the sum of $64.13, unless within that time Barrientos files a written statement showing good cause for failing to waive service.

    2. The Clerk shall serve a copy of this order on the U.S. Marshal.

Dated: October 8, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE